**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Underground Enterprises, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Underground Cellar** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1827930** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **182 Howard Street** <br> **# 301** <br> **San Francisco, CA 94105** <br> Number, Street, City, State & ZIP Code | <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **San Francisco** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **undergroundcellar.com**

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **Underground Enterprises, Inc.**                                    Case number (*if known*) _____
              Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5418__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

Debtor    **Underground Enterprises, Inc.**                                                    Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases**
     **pending or being filed by a**
     **business partner or an**
     **affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1,
attach a separate list

Debtor    **Phoeno Wine Company, Inc.**    _____    Relationship    **Affiliate**

District    **Delaware** _____    When _____    Case number, if known _____

**11. Why is the case filed in**       *Check all that apply:*
     *this district?*

☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**       ☑ No
     **have possession of any**
     **real property or personal**     ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**
                                            **Why does the property need immediate attention?** (*Check all that apply.*)

                                            ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                                What is the hazard? _____

                                            ☐ It needs to be physically secured or protected from the weather.

                                            ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                                            ☐ Other _____

                                            **Where is the property?** _____
                                                                        Number, Street, City, State & ZIP Code

                                            **Is the property insured?**
                                            ☐ No

                                            ☐ Yes.    Insurance agency _____

                                                        Contact name _____

                                                        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
     **available funds**
                                  ☐ Funds will be available for distribution to unsecured creditors.

                                  ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**    ☐ 1-49                  ☐ 1,000-5,000              ☐ 25,001-50,000
     **creditors**             ☐ 50-99                 ☐ 5001-10,000              ☐ 50,001-100,000
                               ☐ 100-199               ☐ 10,001-25,000            ☐ More than100,000
                               ☑ 200-999

**15. Estimated Assets**    ☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                            ☑ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor    **Underground Enterprises, Inc.**                                    Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| **16.** **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $500,000,001 - $1 billion |

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Underground Enterprises, Inc.** | | Case number (*if known*) | |
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2023**
                        MM / DD / YYYY

DocuSigned by:

X *Chad La Tourette*
  D0AFE762CCF64AE...
  Signature of authorized representative of debtor

Title    **CEO**

**Chad La Tourette**
Printed name

**18. Signature of attorney**

X **/s/ Eric M. Sutty**
  Signature of attorney for debtor

Date    **April 28, 2023**
            MM / DD / YYYY

**Eric M. Sutty**
Printed name

**Armstrong Teasdale LLP**
Firm name

**1007 North Market Street**
**Third Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 416-9671**        Email address    **esutty@atllp.com**

**4007 DE**
Bar number and State

**UNDERGROUND ENTERPRISES, INC.**
**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS**

Pursuant to Section 141(f) of the Delaware General Corporation Law (the "**DGCL**") and the bylaws of Underground Enterprises, Inc., a Delaware corporation (the "**Company**"), the undersigned, constituting all the members of the board of directors of the Company (the "**Board**"), hereby adopt the following recitals and resolutions by written consent, effective as of the latest date set forth below (unless otherwise noted in the resolutions):

*Authorization of Filing of Petition Under Chapter 7 of the Bankruptcy Code*

> **RESOLVED**, that a Petition under the provisions of Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") shall be filed by the Company with the United States Bankruptcy Court, District of Delaware (the "**Bankruptcy Court**"), on April 28, 2023 or such other date as is determined to be optimal for the Company by Chad La Tourette, the current Chief Executive Officer of the Company (the "**Petition Date**");

> **FURTHER RESOLVED**, that Chad La Tourette is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 7 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 7 bankruptcy case on the Petition Date;

> **FURTHER RESOLVED**, that Chad La Tourette is authorized and directed on behalf of and in the name of the Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds, and to review, execute and file and to cause bankruptcy counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists, papers, documents, reports, motions, applications and other pleadings in connection with the Company's bankruptcy case; and

> **FURTHER RESOLVED**, that the Company hereby retains the law firm of Raines Feldman LLP as general bankruptcy counsel and Armstrong Teasdale LLP as local bankruptcy counsel.

*General*

> **RESOLVED**, that the officers of the Company are, and each of them hereby is, authorized and empowered to take any and all such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the Company or such officer, as any such officer may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such officer to be conclusive evidence of his or her authorization hereunder and the approval thereof.

> **RESOLVED FURTHER**, that any and all actions taken by the officers of the Company to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed.

DocuSign Envelope ID: FE7335C6-2482-4E2D-99DC-A764D8765278

[SIGNATURE PAGE FOLLOWS]

This action by unanimous written consent shall be effective as of the date the Company receives the unanimous consent of the Board. This action by unanimous written consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action. Any copy, facsimile or other reliable reproduction of this action by unanimous written consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used. This action by unanimous written consent shall be filed with the minutes of the proceedings of the Board.

_Jeffrey Shaw_ _____   Date: _4/27/2023_ _____

Jeffrey Shaw

_Matt Golden_ _____   Date: _4/27/2023_ _____

Matt Golden

_____   Date: _4/27/2023_ _____

Ryan Moore

_____   Date: _____

Chad LaTourette

This action by unanimous written consent shall be effective as of the date the Company receives the unanimous consent of the Board. This action by unanimous written consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action. Any copy, facsimile or other reliable reproduction of this action by unanimous written consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used. This action by unanimous written consent shall be filed with the minutes of the proceedings of the Board.

_____        Date: _____
Jeffrey Shaw


_____        Date: _____
Matt Golden


_____        Date: _____
Ryan Moore

DocuSigned by:
*Chad La Tourette*
D0AFE762CCF64AE...                        Date:   4/27/2023
_____
Chad La Tourette

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Underground Enterprises, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2023**      X _Chad La Tourette_
                                          DocuSigned by:
                                          D0AFE762CCF64AE...
                                          Signature of individual signing on behalf of debtor

                                          **Chad La Tourette**
                                          Printed name

                                          **CEO**
                                          Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  **Underground Enterprises, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................ $        **35,000.00**

Prior to the filing of this statement I have received ................................ $        **35,000.00**

Balance Due ............................................................................................ $             **0.00**

2.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 28, 2023**

*Date*

**Hamid R. Rafatjoo**
*Signature of Attorney*
**Raines Feldman LLP**
**1800 Avenue of the Stars**
**12th Floor**
**Los Angeles, CA 90067**
**(310) 440-4100**
**hrafatjoo@raineslaw.com**
*Name of law firm*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re   **Underground Enterprises, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☑ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 28, 2023**

*Date*

/s/ Eric M. Sutty

**Eric M. Sutty**
*Signature of Attorney*
**Armstrong Teasdale LLP**
**1007 North Market Street**
**Third Floor**
**Wilmington, DE 19801**
**(302) 416-9671**
**esutty@atllp.com**
*Name of law firm*

**Fill in this information to identify the case:**

Debtor name    **Underground Enterprises, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................................    $ _____145,600.03

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................................    $ _____145,600.03

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____8,000,000.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$ _____367,923.20

4.    **Total liabilities** ...............................................................................................................................
    Lines 2 + 3a + 3b

$ _____8,367,923.20

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Underground Enterprises, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Silicon Valley Bank** | **Checking** | **3457** | **$9,935.32** |
| 3.2. | **JP Morgan Chase** | **Checking** | **7124** | **$9,935.41** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$19,870.73**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Biagi Bro warehouse lease deposit** | **$105,140.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Underground Enterprises, Inc.**                          Case number *(If known)* _____
          Name

Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                      | $105,140.00 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          20,589.30          -          0.00      = ....          | $20,589.30 |
                              face amount                  doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                     | $20,589.30 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Debtor    **Underground Enterprises, Inc.**                                   Case number *(If known)* _____
          Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer List | **Unknown** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.                   **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ■ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.

    ☐ Yes Fill in the information below.

Debtor    **Underground Enterprises, Inc.**
          _____    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $19,870.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $105,140.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $20,589.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $145,600.03 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $145,600.03 |

**Fill in this information to identify the case:**

Debtor name     **Underground Enterprises, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1  TriplePoint Private Venture Credit, Inc.**
Creditor's Name

**2755 Sand Hill Road
Suite 150
Menlo Park, CA 94025**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                          $8,000,000.00                 $0.00

**Describe the lien**
**Business Assets**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      $8,000,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Underground Enterprises, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| | **Ahmad Nasim**<br>**16077 Ashland Ave 296**<br>**San Lorenzo, CA 94580** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| | **Alex Livingston**<br>**178 Molino Ave**<br>**Mill Valley, CA 94941** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Alexander Vicars-Harris**<br>**6B Davis Drive**<br>**Tiburon, CA 94920** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Alice Ni**<br>**5421 Tree Side Drive**<br>**Carmichael, CA 95608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Allysyn Bryant**<br>**1226 Tabor Ave, Apt 19**<br>**Fairfield, CA 94533** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Amanda McGuigan**<br>**1189 Tennessee Street, Apt 202**<br>**San Francisco, CA 94107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 $0.00 |
| | **Amna Mulla** | *Check all that apply.* | |
| | **1 Polk St Unit 1005** | ☐ Contingent | |
| | **San Francisco, CA 94102** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 $0.00 |
| | **Andrea Madden** | *Check all that apply.* | |
| | **14 Edgemar Way** | ☐ Contingent | |
| | **Corte Madera, CA 94925** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 $0.00 |
| | **Andrey Tarasov** | *Check all that apply.* | |
| | **3119 Marvelle Ln** | ☐ Contingent | |
| | **Concord, CA 94518** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 $0.00 |
| | **Angelina Brittain** | *Check all that apply.* | |
| | **1213 Foothill Blvd** | ☐ Contingent | |
| | **Calistoga, CA 94515** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Angelo Baumgartner**
**1550 Eddy St, Apt 530**
**San Francisco, CA 94115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Benjamin Herila**
**580 Howard St, Unit 500**
**San Francisco, CA 94105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Benjamin Smith**
**118 Whitehills Dr**
**East Lansing, MI 48823**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Brenda Rodriguez**
**2313 Burgundy Way, 712 Utah st**
**Fairfield, CA 94533**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Underground Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00  $0.00 |

| 2.15 | Priority creditor's name and mailing address<br>**Brian Bettencourt**<br>**1730 Ofarrell St, #612**<br>**San Francisco, CA 94115** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00  $0.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address<br>**Bridget Lapin**<br>**339 E 88th St Apt 6f**<br>**New York, NY 10128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00  $0.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address<br>**Byron Burgess**<br>**938 Shadywood Cir**<br>**Suisun City, CA 94585** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00  $0.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address<br>**Caitlin Phillips**<br>**2653 Fir Park Way**<br>**Santa Rosa, CA 95404** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00  $0.00 |

Date or dates debt was incurred
_____

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Underground Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.19** Priority creditor's name and mailing address

**California Dept of Tax & Fee Admin**
**Account Information Group, MIC 29**
**Sacramento, CA 94279-0029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address

**Carla Gross**
**400 28th Ave, 2**
**San Francisco, CA 94121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address

**Caroline Bucciero**
**519 Hill Street, Apt 3**
**Santa Monica, CA 90405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address

**Cecilia Camarena**
**1820 Park Ave**
**Napa, CA 94558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Underground Enterprises, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Chad La Tourette**
**1007 Evelyn Ave**
**Albany, CA 94706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

�too ■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Clare Apps**
**305 Liberty St**
**Petaluma, CA 94952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Crista Miller**
**2510 SE 47th Ave**
**Portland, OR 97206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Crystal De Haro-Lares**
**1350 Pueblo Ave, 234**
**Napa, CA 94558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Daniel Ruiz**
**1172 Legend Cir**
**Vallejo, CA 94591**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**David Goldklang**
**1929 Arrowhead Dr**
**Oakland, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**David Velazquez**
**109 Rutgers Ct**
**Vallejo, CA 94589**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Delaware State Treasury**
**820 Silver Lake blvd., Suite 100**
**Dover, DE 19904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Underground Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.31**

Priority creditor's name and mailing address
**Dwight Brown II**
**3700 Lyon Rd Apt 265**
**Fairfield, CA 94534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.32**

Priority creditor's name and mailing address
**Employment Development**
**Department**
**Bankruptcy Group MIC 92E**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.33**

Priority creditor's name and mailing address
**Emuye Reynolds**
**4711 West St**
**Oakland, CA 94608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.34**

Priority creditor's name and mailing address
**Francesca Duncan**
**5440 Tujunga Ave, Unit 910**
**North Hollywood, CA 91601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section, MS A-340**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**PO Box 898**<br>**Dover, DE 19903** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address<br>**Francisca Garcia**<br>**529 Franklin St, Apt 1**<br>**Napa, CA 94559** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address<br>**Gabriela Bucio**<br>**202 Tall Trees Dr**<br>**Vallejo, CA 94589** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Grace Jovanovic**
**1546 Alice St, Apt 34**
**Oakland, CA 94612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Grace Oca**
**620 Buckskin Pl**
**Vallejo, CA 94591**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hannah Anderson**
**609 Clayton Street**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **For Notice Purposes Only** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **Underground Enterprises, Inc.**
                                                                    Case number (if known) _____
          Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

2.43  Priority creditor's name and mailing address
**Jacob Greenberg**
**444 Lee St**
**Oakland, CA 94610**

As of the petition filing date, the claim is:                          **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred              Basis for the claim:
                                             **Employee**

Last 4 digits of account number              Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

---

2.44  Priority creditor's name and mailing address
**Jakob Kamer**
**120 Farragut Ave**
**Vallejo, CA 94590**

As of the petition filing date, the claim is:                          **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred              Basis for the claim:
                                             **Employee**

Last 4 digits of account number              Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

---

2.45  Priority creditor's name and mailing address
**James Kerivan**
**3931 25th St.**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:                          **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred              Basis for the claim:
                                             **Employee**

Last 4 digits of account number              Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

---

2.46  Priority creditor's name and mailing address
**Jason Minix**
**2425 Market St, Apt. 2**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:                          **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred              Basis for the claim:
                                             **Employee**

Last 4 digits of account number              Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

| | | | |
|---|---|---|---|
| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
| | Name | | |

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jeannette Huynh** | Check all that apply. | | |
| | **122 Sweet Road** | ☐ Contingent | | |
| | **Alameda, CA 94502** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jeffrey Hardy** | Check all that apply. | | |
| | **5650 Ocean View Drive** | ☐ Contingent | | |
| | **Oakland, CA 94618** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jeffrey Shaw** | Check all that apply. | | |
| | **580 Howard Street, Unit 500** | ☐ Contingent | | |
| | **San Francisco, CA 94105** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jennifer Shoemaker** | Check all that apply. | | |
| | **291 Candletree Cir** | ☐ Contingent | | |
| | **Monument, CO 80132** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jessica Affatato**
**22 Upland Drive**
**East Northport, NY 11731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jillian Watson**
**1815 Alice St**
**Oakland, CA 94612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**John Ortiz**
**4665 Midway Road**
**Vacaville, CA 95688**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jose Ildefonso**
**334 Brown St**
**Napa, CA 94559**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Employee** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Josh Kirchhoff**
**920 Country Meadow Ln**
**Sonoma, CA 95476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Julian Silva**
**1500 Bella Vista Dr**
**Suisun City, CA 94585**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kelsey Mackendorf**
**2001 Matisse St**
**Davis, CA 95618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kristen Kahler**
**225 Los Altos Pl**
**American Canyon, CA 94503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Underground Enterprises, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kyle Jackson**
**121 13th St**
**Vallejo, CA 94590**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Le'Mun Lawson**
**1151 Porter St # B**
**Vallejo, CA 94590**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lilian Beltran**
**3115 Hazelwood St**
**Vallejo, CA 94591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Logan Mcconnell**
**2347 Stanbridge Ave**
**Long Beach, CA 90815**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **Underground Enterprises, Inc.**                                        Case number (*if known*)  _____
_____
Name

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Lori Monteleone**
**2239 Railroad St, #220**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Manny Cruz**
**9224 Del Mar Dr**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Marcial Pineda**
**2550 Hilborn Rd, Apt 64**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Marisa Perez**
**2358 Park Blvd # 3**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mathew Jedeikin**
**2611 Marty Way**
**Sacramento, CA 95818**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Matthew Clark**
**PO Box 958**
**Newark, CA 94560**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Matthew L McWalters**
**1022 Clement St**
**San Francisco, CA 94118**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Matthew Mayback**
**2257 Eudora St**
**Denver, CO 80207**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Meghan Miller**
**213 Rose Ct**
**Moscow, ID 83843**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Michael Downey**
**102 Lois Ln**
**Vallejo, CA 94590**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mihaela Green**
**366 Los Palmos Dr**
**San Francisco, CA 94127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mishall Afzal**
**490 Fell St**
**San Francisco, CA 94102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
|--------|-----------------------------------|------------------------|---|
| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Mustafa Bedi Egilmez**
**2001 Mcallister St, B330**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Nathan Kidder**
**2212 Polk St**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Nayla Cash**
**7709 Porter Rd**
**Dixon, CA 95620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Neal Coats**
**144 Fulton Pl**
**Windsor, CA 95492**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.79 | Priority creditor's name and mailing address
**Nelly Perchatkin**
**1238 Sutter Street,, 804**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.80 | Priority creditor's name and mailing address
**Phyllis Maurer**
**8163 Willow Street**
**Windsor, CA 95492**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.81 | Priority creditor's name and mailing address
**Rafael Solorio**
**2364 Arthur St**
**Napa, CA 94559**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.82 | Priority creditor's name and mailing address
**Robert Ord**
**205 Coombs St**
**Napa, CA 94559**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Underground Enterprises, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Samuel Cashdan**
**1485 Guerneville Rd**
**Santa Rosa, CA 95403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Shana Clarke**
**210 E Broadway, Apt H405**
**New York, NY 10002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Shelly Candler**
**1467 Alpowa Ave**
**Moscow, ID 83843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Sheryl Uy**
**311 Reliant Way**
**American Canyon, CA 94503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Underground Enterprises, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Susanne Lee**
**200 Grand Panama Cir, Apt 312**
**Panama City Beach, FL 32407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sydney Garcia-Franklin**
**270 Wellington Ave**
**Daly City, CA 94014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tyler Garvin**
**1815 Alice St, #204**
**Oakland, CA 94612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Victor Fernandez**
**2954 Soscol Ave # 64**
**Napa, CA 94558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Underground Enterprises, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.91** | Priority creditor's name and mailing address
**Victoria Love**
**1022 State St**
**Hood River, OR 97031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.92** | Priority creditor's name and mailing address
**Warlito Bolisay**
**591 Stonehouse Dr**
**Napa, CA 94558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.93** | Priority creditor's name and mailing address
**Zoraida Sturge**
**16 Acacia Way**
**Vallejo, CA 94591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**3Q Digital, Inc**
**1 S Wacker Dr**
**Chicago, IL 60606**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.2** | Nonpriority creditor's name and mailing address
**4Parts Design**
**7639 N Chatham Ave**
**Portland, OR 97217**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor    **Underground Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

3.3    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**
**A & S Plumbing Inc.**
Po Box 3053
Yountville, CA 94599    ☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _    Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.4    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**
**AB Tasty**
c/o Pramex International - 1251 Ave
New York, NY 10020    ☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _    Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.5    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**
**ABD Insurance & Financial Services**
777 Mariners Island Blvd. Suite 250
San Mateo, CA 94404    ☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _    Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.6    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$23,520.73**
**Acorn Paper Products LLC**
Po Box 23965
Los Angeles, CA 90023    ☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _    Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.7    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$5,254.44**
**Ad-Vantage Marketing Inc**
455 Tesconi Cir
Santa Rosa, CA 95401    ☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _    Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.8    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**
**Advantage Transportation Inc**
4524 W 1980 S
Salt Lake City, UT 84104    ☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _    Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.9    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**
**Airbase Inc.**
548 Market St Ste 93249
San Francisco, CA 94104    ☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _    Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Underground Enterprises, Inc.**                                  Case number (if known) _____
        Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**American Express**
**200 Vesey Street Manhattan**
**New York City, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Anderson**
**12650 Danielson Ct**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Arbon Equipment Corporation**
**8900 N Arbon Dr**
**Milwaukee, WI 53223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Armanino LLP**
**12657 Alcosta Blvd. Suite 500**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,790.00 |

**Autumn Communications LLC**
**8322 Beverly Blvd Ste 201**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Azumo, LLC**
**3130 Alpine Rd Ste 288**
**Portola Valley, CA 94028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bamboo Technologies**
**3601 Fremont Ave N Ste 309**
**Seattle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Underground Enterprises, Inc.**                                    Case number (if known) _____
          Name

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Best Fire Equipment Company**
**918 Enterprise Way Ste D**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Biagi Bros**
**787 Airpark Road**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Big Red Napa**
**1901 N Kelly Rd**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bill.com**
**1810 Embarcadero Road**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Blue Cross Blue Shield**
**225 North Michigan Ave**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bottle Barn**
**3331-A Industrial Dr**
**Santa Rosa, CA 95403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Brandly**
**PO Box 620694**
**Woodside, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Underground Enterprises, Inc.**                                      Case number (if known) _____
_____
         Name

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

3.24  **Nonpriority creditor's name and mailing address**

**Brandon Meyer Law Group Inc**
**29 Glen Dr**
**Sausalito, CA 94965**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.25  **Nonpriority creditor's name and mailing address**

**BraunHagey & Borden LLP**
**351 California St, 10th Fl**
**San Francisco, CA 94104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.26  **Nonpriority creditor's name and mailing address**

**Brave Software International, SEZC**
**580 Howard St Unit 402**
**San Francisco, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.27  **Nonpriority creditor's name and mailing address**

**Burkland Associates LLC**
**12 Shepherd Way**
**Tiburon, CA 94920**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.28  **Nonpriority creditor's name and mailing address**

**Calendly**
**271 17th St NW Ste 1000**
**Atlanta, GA 30363**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.29  **Nonpriority creditor's name and mailing address**

**California Secretary of State**
**1500 11th Street, 6th Floor**
**Sacramento, CA 95814**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.30  **Nonpriority creditor's name and mailing address**

**California Wine Festival**
**1114 State St Ste 295**
**Santa Barbara, CA 93101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Underground Enterprises, Inc.**                           Case number (if known) _____
_____
Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.31**

**Nonpriority creditor's name and mailing address**
**Canva**
**75 East Santa Clara Street**
**San Jose, CA 95113**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32**

**Nonpriority creditor's name and mailing address**
**Carta**
**333 Bush Street, Suite 2300**
**San Francisco, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33**

**Nonpriority creditor's name and mailing address**
**Checkr, Inc.**
**1 Montgomery St Ste 2000**
**San Francisco, CA 94104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34**

**Nonpriority creditor's name and mailing address**
**Cintas**
**Po Box 631025**
**Cincinnati, OH 45263**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$316.46**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Clark Hill, LLP**
**505 Montgomery Street 13th Floor**
**San Francisco, CA 94111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**
**ClickUp**
**50 Tenth Ave #5th**
**San Diego, CA 92101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**
**CodeBunk**
**438 Seymour**
**Vancourver, BC V6B 6H4**
**Canada**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Underground Enterprises, Inc.**                                    Case number (if known) _____
        Name

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,044.33** |
|---|---|---|---|

**Contentful**
**1801 California St Ste 4600**
**Denver, CO 80202**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Coravin, Inc.**
**28 Crosby Drive Suite 101**
**Bedford, MA 01730**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CorpNet, Incorporated**
**31416 Agoura Rd #118**
**Westlake Village, CA 91361**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Courtyard Marriott**
**10400 Fernwood Rd**
**Bethesda, MD 20817**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$285.00** |
|---|---|---|---|

**Crown Equipment Corporation**
**1420 Enterprise Blvd.**
**West Sacramento, CA 95591**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CROWN WINE SHIPPING**
**101 Grant Ave Unit D,**
**Healdsburg, CA 95448**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CT Corporation**
**28 Liberty St Fl 42**
**New York, NY 10005**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Underground Enterprises, Inc.**                                    Case number (if known) _____
         Name

---

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Customer Thermometer**
**Phoenix House 32 West Street**
**Suite 1 2nd Fl**
**Brighton United Kingdom BN1 2RT**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Datadog**
**225 Franklin Street 24th Floor Boston**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**datagrip**
**2 Seaport Lane, suite 8C, 8th floor**
**Seaport EAST Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Daversa Partners**
**55 Greens Farms Rd Ste 2**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Degree, Inc (DBA Lattice)**
**360 Spear St Floor 4**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Deluxe Corp**
**801 S Marquette Ave**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$198.00** |

**Descartes Systems Group**
**120 Randall Drive**
**Waterloo Ontario N2V 1C6**
**Ontario**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Underground Enterprises, Inc.** _____    Case number (*if known*) _____
_____Name_____

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Dialpad** | ☐ Contingent |
| | **3001 Bishop Drive Suite 400A** | ☐ Unliquidated |
| | **San Ramon, CA 94583** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Dickenson Peatman & Fogarty P.C.** | ☐ Contingent |
| | **1455 1St St Ste 301** | ☐ Unliquidated |
| | **Napa, CA 94559** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Digital Ocean** | ☐ Contingent |
| | **101 Avenue of the Americas 10th Floor** | ☐ Unliquidated |
| | **New York, NY 10013** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **DJK Imports** | ☐ Contingent |
| | **551 Eccles Ave** | ☐ Unliquidated |
| | **South San Francisco, CA 94080** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **DocuSign, Inc.** | ☐ Contingent |
| | **221 Main Street Suite 1550** | ☐ Unliquidated |
| | **San Francisco, CA 94105** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **E&P Properties Inc** | ☐ Contingent |
| | **5400 Industrial Way** | ☐ Unliquidated |
| | **Benicia, CA 94510** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **EAN Services, LLC** | ☐ Contingent |
| | **340 Lafayette Avenue** | ☐ Unliquidated |
| | **St. Louis, MO 63104** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Underground Enterprises, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Enterprise Holdings**
**600 Corporate Park Drive**
**St. Louis, MO 63105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Enterprising Solutions**
**1051 Century Drive**
**Napa, CA 94558**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Equity Security Holders**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equity Security Holders - See Attached Schedule**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Express Wine Delivery, LLC**
**970 Cameron Dr**
**Windsor, CA 95492**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fastsigns International**
**100 W American Canyon Rd Ste K8**
**American Canyon, CA 94503**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Figma**
**760 Market St,, 10th Fl**
**San Francisco, CA 94102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fisher & Phillips**
**1 Embarcadero Ctr # 2050**
**San Francisco, CA 94111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Underground Enterprises, Inc.**
_____
Name

Case number (*if known*)    _____

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Fishman Supply Co.**
**Po Box 750279**
**Petaluma, CA 94975**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,127.50 |

**Fivetran**
**1221 Broadway Ste 2400**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Fource Recruiting**
**1298 Lake Shore Blvd**
**Lake Orion, MI 48362**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FOX News**
**1211 Avenue of the Americas**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gaw Poe LLP**
**4 Embarcadero Ctr #1400,**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,169.00 |

**Giovacchini Construction**
**1370 Industrial Ave Ste G**
**Petaluma, CA 94952**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GitHub**
**88 Colin P Kelly Junior Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Underground Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**GlasVin**
**2810 N Church St, PMB 63311**
**Wilmington, DE 19802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Goodwin Proctor LLP**
**Three Embarcadero Center 28th floor**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Grammarly**
**48 Market Street, #35410**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Groskopf Warehouse & Logistics**
**20580 8th St E #9590**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**GrubHub Holdings, Inc**
**64 Granville St**
**Gahanna, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Guideline**
**412 Chapin Ave**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Gunderson Direct Inc.**
**1275 A St**
**Hayward, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Underground Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,464.80** |
|---|---|---|---|

**Hanson Transportation Services**
**3493 Costantino Cir**
**Stockton, CA 95212**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,560.00** |
|---|---|---|---|

**Heap**
**225 Bush St Ste 200**
**San Francisco, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**heypoplar**
**85 Broad St Fl 9**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**High Tide Creative LLC**
**1425 S Glenburnie Rd #5**
**New Bern, NC 28562**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hill Brothers Locksmith, Inc/ Horton's L**
**1602 Yajome St**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hinman & Carmichael LLP**
**260 California St #700**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hootsuite**
**111 East 5th Avenue**
**Vancourver, BC V5T 4L1**
**Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Underground Enterprises, Inc.**                                Case number (*if known*) _____
_____
          Name

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hotjar**
**1601 S California Ave**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**HubSpot**
**25 1st St Fl 2,**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hybrid Media**
**357 Main St Fl 2**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Incorporating Services, Ltd.**
**3500 S Dupont Hwy**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Indoor Environment Services**
**1512 Silica Ave**
**Sacramento, CA 95815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Innovations PSI**
**PO Box 27157**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Inside.com**
**9415 Culver Blvd**
**culver city, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Underground Enterprises, Inc.**                              Case number (*if known*)
_____
Name

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**IShipWine c/o PS Telluride**
**747 Skyway Ct**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156,500.00** |

**Jeffrey Shaw**
**580 Howard Street**
**Unit 500**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Indemnification Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**K Butler Electric**
**4870 E 2Nd St**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00** |

**Kite and Sons Message and Hauling**
**1793 Hardman Avenue**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |

**Klaviyo (ID 35461) - C**
**125 Summer St**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kreitz Transport**
**1562 Airport Blvd**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,647.01** |

**Landsberg/EPS**
**2701 Maxwell Way**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Underground Enterprises, Inc.**                                    Case number (*if known*) _____
_____
Name

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lever, Inc.**
**1125 Mission St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Liberty Mutual Ins. CO**
**265 Lenox Ave Ste 215**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LinkedIn Corporation**
**222 2nd St**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lowenberg Corporation Property**
**Managemen**
**235 Montgomery St #800**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MailChimp**
**675 Ponce de Leon Ave NE Suite 5000**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Mode Analytics**
**208 Utah St Ste 400**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Morning Brew, Inc**
**22 W 19th St**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Underground Enterprises, Inc.**                                Case number (*if known*) _____
           _____
           Name

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

3.108 | **Nonpriority creditor's name and mailing address**

**Napa Country Recycling**
**Po Box 239**
**Napa, CA 94559**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.109 | **Nonpriority creditor's name and mailing address**

**NAPPJO, LLC**
**5602 Belleza Dr**
**Pleasanton, CA 94588**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $2,080.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.110 | **Nonpriority creditor's name and mailing address**

**Nette PR LLC**
**97 SOUTHPORT WOODS DRIVE**
**SOUTHPORT, CT 06890**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.111 | **Nonpriority creditor's name and mailing address**

**Neuberg, Gore & Associates, LLC**
**220 Montgomery St #684**
**San Francisco, CA 94104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.112 | **Nonpriority creditor's name and mailing address**

**Nexem Partners**
**3820 STATE ST SUITE B**
**SANTA BARBARA, CA 93105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.113 | **Nonpriority creditor's name and mailing address**

**Norton Rose Fulbright**
**555 California St # 3300**
**San Francisco, CA 94104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.114 | **Nonpriority creditor's name and mailing address**

**Notion**
**2300 Harrison St**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Underground Enterprises, Inc.**

Case number (*if known*) _____

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,421.33 |
|---|---|---|---|

**Oracle America, Inc.**
**5400 N. Grand Blvd. Suite 515**
**Oklahoma City, OK 73112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Outbrain**
**111 West 19th Street, third floor.**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PagerDuty**
**600 Townsend St #200**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,798.67 |
|---|---|---|---|

**Partners Peronnel Management Services, L**
**20503 Hesperian Blvd**
**Hayward, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $984.73 |
|---|---|---|---|

**PCT Logistics, Inc.**
**6005 CAPISTRANO AVE STE D**
**ATASCADERO, CA 93422**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PeoplePath**
**121 NE 45th ST**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Pepperjam LLC**
**555 East North Lane Suite 5045**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Underground Enterprises, Inc.**                                                Case number (*if known*) _____
_____
Name

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PG&E Corporation**
**77 Beale Street, P. O. Box 770000**
**San Francisco, CA 94177**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pillsbury Winthrop Shaw Pittman LLP**
**1200 17Th St Nw**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pingboard**
**4303 Russell Dr**
**Austin,, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Popular Pays, Inc.**
**448 N La Salle Dr**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rachel Kleban, llc**
**5336 Bryant Ave**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,828.86 |
|---|---|---|---|

**Rakuten Marketing, LLC**
**800 Concar Dr**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Recology American Canyon**
**Po Box 848870**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Underground Enterprises, Inc.**                                   Case number (if known) _____
         Name

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Retool**
**1550 Bryant St**
**, San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**RR Donnelley & Sons**
**PO Box 932721**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Feldman**
**4406 Tamarind Way**
**Naples, FL 34119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,565.24 |
|---|---|---|---|

**Select Staffing**
**PO Box 512007**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sentry**
**1800 North Point Drive**
**Stevens Point, WI 54481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ServPro**
**815 Arnold Dr Ste 9**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Seyfarth**
**233 S Wacker Dr Ste 8000**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor     **Underground Enterprises, Inc.**                                    Case number (if known) _____
         <span>Name</span>

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.136** | Nonpriority creditor's name and mailing address

**Share Local Media**
**40 Exchange Pl Ste 900**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address

**Skillcloud Consulting, Inc.**
**280 Summer Street, Suite 9M**
**Boston, MA 02210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address

**Slack**
**500 Howard St**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address

**Solium Analytics, LLC**
**221 MAIN STREET SUITE 1340**
**. SAN FRANCISCO, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address

**Sonoma County Vintners**
**400 Aviation Blvd Ste 500**
**Santa Rosa, CA 95403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address

**Sotheby's Wine**
**27 E Napa St**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address

**startup Soft**
**44 Montgomery St**
**San Francisco, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Underground Enterprises, Inc.**                                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Staya, Inc. (dba Dover)**
**2261 Market St**
**San Francisco, CA 94114**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** |

**Sugar Bear Plumbing**
**317 Corey Way**
**South San Francisco, CA 94080**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** |

**Summertime Farms Inc**
**1569 Solano Ave # 439**
**Berkeley, CA 94707**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** |

**TaxJar**
**462 Washington Street #3066**
**Woburn, MA 01888**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** |

**Thach Nguyen Consulting, LLC DBA Plenty**
**133 Ne 2Nd Ave Apt 419**
**Miami, FL 33132**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** |

**Thrive Market**
**4509 Glencoe Avenue**
**Marina Del Rey, CA 90292**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** |

**Tony's Valley Express**
**PO Box 10133**
**American Canyon, CA 94503**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Underground Enterprises, Inc.**                                    Case number (if known) _____
_____
        Name

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Top Choice Trucking, LLC**
**Po Box 1400**
**Suisun City, CA 94585**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TowerData**
**789 Chestnut St.**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Transbay Joint Powers Authority**
**425 Mission St # 250**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Uline**
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Valley Recycling & Disposal**
**1615-B S. 7th St.**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $924.00 |
|---|---|---|---|

**Vin2Glass LLC**
**2829 E Kyne St Unit 2319**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,929.00 |
|---|---|---|---|

**We Ship Express Inc**
**745 Skyway Ct**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Underground Enterprises, Inc.**                                    Case number (if known) _____

| | | |
|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Wilson Sonsini Goodrich**
**650 Page Mill Rd**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $57,789.10 |

**Wine Country Connect**
**PO Box 175**
**Vineburg, CA 95487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Yahoo**
**701 First Avenue**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Zapier**
**548 Market St. #62411.**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Zendesk**
**989 Market St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 367,923.20 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 367,923.20 |

Underground Enterprises Inc. Shareholder Contact Information

| Certificate Number | Certificate Status | Shareholder Name | Portfolio Email | Contact Email |
|---|---|---|---|---|
| CS-01 | Transferred | Jeffrey Shaw | jeff@undergroundcellar.com | jeff@undergroundcellar.com |
| CS-02 | Outstanding | Brandan Zaucha | | cutchalosses@gmail.com |
| CS-03 | Repurchased | Brian Gallagher | | bgallagher9@yahoo.com |
| CS-04 | Outstanding | Robin Shaw | oakcreekgirl@gmail.com | oakcreekgirl@gmail.com |
| CS-05 | Outstanding | Andrey Yruski | andreyy@gmail.com | andreyy@gmail.com |
| CS-06 | Outstanding | Benjamin Herila | bwh@undergroundcellar.com | bwh@undergroundcellar.com |
| CS-07 | Outstanding | Y Combinator Investments, LLC Series W15 | | financings@ycombinator.com |
| CS-08 | Outstanding | Benjamin Herila | bwh@undergroundcellar.com | bwh@undergroundcellar.com |
| CS-09 | Outstanding | Robin Shaw | oakcreekgirl@gmail.com | oakcreekgirl@gmail.com |
| CS-10 | Outstanding | Alexander Gerko | agerko@gmail.com | alex.gerko@xtxmarkets.com |
| CS-11 | Repurchased | Brian Gallagher | | bgallagher9@yahoo.com |
| CS-12 | Outstanding | Alexander Gerko | agerko@gmail.com | alex.gerko@xtxmarkets.com |
| CS-13 | Outstanding | Alexander Gerko | agerko@gmail.com | alex.gerko@xtxmarkets.com |
| CS-14 | Outstanding | Alexander Gerko | agerko@gmail.com | alex.gerko@xtxmarkets.com |
| CS-15 | Outstanding | Benjamin Herila | bwh@undergroundcellar.com | bwh@undergroundcellar.com |
| CS-16 | Outstanding | Hal Rice | hal@halriceinsurance.com | hal@halriceinsurance.com |
| CS-17 | Outstanding | Avella Thomas | avella8821@gmail.com | avella8821@gmail.com |
| CS-18 | Outstanding | Seth Berger | sethjberger@yahoo.com | sethjberger@yahoo.com |
| CS-19 | Outstanding | Colin Moffatt | colin@giftcash.com | colin@giftcash.com |
| CS-20 | Outstanding | Isocline Fund I, LP | kevin@isocline.com | kevin@isocline.com |
| CS-21 | Outstanding | Jaime Raskulinecz | jaimer@nextgenerationtrust.com | jaimer@nextgenerationtrust.com |
| CS-22 | Outstanding | Mitchel Harad | m_harad@yahoo.com | m_harad@yahoo.com |
| CS-23 | Outstanding | Shastina Schwarz | shastinamae@gmail.com | shastinamae@gmail.com |
| CS-24 | Outstanding | Jason DiFrancesco | jmd@difran.com | jmd@difran.com |
| CS-25 | Outstanding | Euan Guttridge | eguttridge@gmail.com | euan@reinforcedventures.com |
| CS-26 | Outstanding | Pamela Westbrook | pamelawestbrook1963@gmail.com | pamelawestbrook1963@gmail.com |
| CS-27 | Outstanding | Sven Bannuscher | svenbannuscher@gmail.com | svenbannuscher@gmail.com |
| CS-28 | Outstanding | NGTS FBO Jaime Raskulinecz IRA #2902 | jaimer@nextgenerationtrust.com | jaimer@nextgenerationtrust.com |
| CS-29 | Outstanding | Monthly Investments LLC | yuri.rabinovich@startupmonthly.org, vadim.slavin@startupmonthly.org | vadim@startupmonthly.org |
| CS-31 | Outstanding | Max Stern | max.s.stern@gmail.com | max.s.stern@gmail.com |
| CS-32 | Outstanding | Audubon Partners LLC | | alexander.e.goldberg@gmail.com |
| CS-33 | Outstanding | Joseph Ruben | | joseph.m.ruben@gmail.com |
| CS-34 | Outstanding | Lourens Investments Pty Limited | | nlowy1@gmail.com |
| CS-35 | Outstanding | Golden Family Trust 01-07-05 Survivors Trust Lewis Golden Trustee | ljgolden1@cox.net | ljgolden1@cox.net |
| CS-36 | Outstanding | Todd Krumholz | todd@jtktalent.com | todd@jtktalent.com |
| CS-37 | Outstanding | Timothy Abbott | tabbott@mit.edu | tabbott@gmail.com |
| CS-38 | Outstanding | David Breger | dbreger@gmail.com | dbreger@gmail.com |
| CS-39 | Outstanding | Wefunder Portfolio LLC, WeFunds Orange Fund II | nick@wefunder.com, etoleb@gmail.com, eric@wefunder.com, adrian@wefunder.com, support@wefunder.com | spv@wefunder.com |
| CS-40 | Outstanding | Dan Birken | birken@gmail.com | birken@gmail.com |
| CS-41 | Outstanding | Colleen Kelty | kelty211@comcast.net | kelty211@comcast.net |
| CS-42 | Outstanding | Adventure Marketing Group Inc. | beneastman2020@gmail.com | beneastman2020@gmail.com |

Underground Enterprises Inc. Shareholder Contact Information

| Certificate Number | Certificate Status | Shareholder Name | Portfolio Email | Contact Email |
|---|---|---|---|---|
| CS-43 | Outstanding | Paul Caruso | pmdcar_2000@yahoo.com | pmdcar_2000@yahoo.com |
| CS-44 | Outstanding | Millenium Trust Co., FBO Stephen Taylor IRA | sst@financier.com | sst@financier.com |
| CS-45 | Outstanding | William Ruehle | bill@ruehleadvisory.com, bill@movandi.com | bill@ruehleadvisory.com |
| CS-46 | Outstanding | Euan Guttridge | eguttridge@gmail.com | euan@reinforcedventures.com |
| CS-47 | Outstanding | Zillionize Pty Ltd | updates@zillionize.com, ben.li@zillionize.com, adam.skelton@zillionize.com, mathew.vandervoort@zillionize.com, john.owens@zillionize.com, danny.cooper@zillionize.com, michael.grill@zillionize.com, justin.anderson@zillionize.com | ben.li@zillionize.com |
| CS-48 | Outstanding | Wefunds LLC, Wefunds Underground Cellar I | nick@wefunder.com, etoleb@gmail.com, eric@wefunder.com, adrian@wefunder.com, support@wefunder.com | updates@wefunder.com |
| CS-49 | Outstanding | Millenium Trust Co., FBO Stephen Taylor IRA | sst@financier.com | sst@financier.com |
| CS-50 | Outstanding | The Kar-Mun Wong and Wan Lofti Revocable Trust dated 12/27/2007 | | wongkarmun@yahoo.com |
| CS-51 | Outstanding | Leslie Goldman | leslie@theartemisfund.com | leslie@theartemisfund.com |
| CS-52 | Outstanding | Raymond Agrella | ray@partyof5.us | ray@partyof5.us |
| CS-53 | Outstanding | Jon Hoffmann | j_hoff@yahoo.com | j_hoff@yahoo.com |
| CS-54 | Outstanding | Pamela Westbrook | pamelawestbrook1963@gmail.com | pamelawestbrook1963@gmail.com |
| CS-55 | Outstanding | 8168865 Canada Inc. | leighton.james@me.com | leighton.james@me.com |
| CS-56 | Outstanding | Rodger Wheaton | srwheaton@lawla.com | srwheaton@lawla.com |
| CS-57 | Outstanding | 8168865 Canada Inc. | leighton.james@me.com | leighton.james@me.com |
| CS-58 | Outstanding | Iain Taylor | iainptaylor@gmail.com | iainptaylor@gmail.com |
| CS-59 | Outstanding | Mark Bennet | mbennett@ttstrain.com | mbennett@ttstrain.com |
| CS-60 | Outstanding | RG Capital Investments, LLC | dilrajghumman@hotmail.com | dilrajghumman@hotmail.com |
| CS-61 | Outstanding | Anderson Tan | act@alphaomegacapital.co | andersonchotan@hotmail.com |
| CS-62 | Outstanding | Meghna Deshraj | meghnadeshraj@gmail.com | meghnadeshraj@gmail.com |
| CS-63 | Outstanding | Sunny Long | sunnylongx@gmail.com | sunnylongx@gmail.com |
| CS-64 | Outstanding | 8168920 Canada Inc. | christian@weareadventureclub.com | christian@weareadventureclub.com |
| CS-65 | Outstanding | Brainspark B.V. | p.j.bakker@brainspark.nl | p.j.bakker@brainspark.nl |
| CS-66 | Outstanding | RG Capital Investments, LLC | dilrajghumman@hotmail.com | dilrajghumman@hotmail.com |
| CS-67 | Outstanding | Tink Taylor | tink.taylor@dotdigital.com | tink.taylor@dotmailer.com |
| CS-68 | Outstanding | Sandburg Enterprises, LLC | brent@beckley.co | brent@beckley.co |
| CS-69 | Outstanding | CircleUp MIX Fund I | accounting@circleup.com, ben@hellolees.com, dmitchell@circleup.com | accounting@circleup.com |
| CS-70 | Outstanding | Cervecero LLC | karlbrewer@sbcglobal.net | karlbrewer@sbcglobal.net |
| CS-71 | Outstanding | Tink Taylor | tink.taylor@dotdigital.com | tink.taylor@dotmailer.com |
| CS-72 | Outstanding | Stephen Loeb | stephenloeb@alaskadistributors.com | steveloeb@alaskadistributors.com |
| CS-73 | Outstanding | David Canter | david@decagent.com | david@decagent.com |
| CS-74 | Outstanding | Andrew Banks | andrew.banks@thevenetogroup.com | andrew.banks@thevenetogroup.com |
| CS-75 | Outstanding | Polycomp Trust Company Custodian FBO (Juan F Carrere) IRA (#3044960) | frank@chezcarrere.com | frank@chezcarrere.com |
| CS-76 | Outstanding | Brian Gallagher | | bgallagher9@yahoo.com |
| CS-77 | Outstanding | Brian Gallagher | | bgallagher9@yahoo.com |
| CS-78 | Repurchased | Jeff Hardy | hardy@undergroundcellar.com | jeffreyshardy@gmai.com |

**Underground Enterprises Inc. Shareholder Contact Information**

| Certificate Number | Certificate Status | Shareholder Name | Portfolio Email | Contact Email |
|---|---|---|---|---|
| CS-79 | Outstanding | Bling Capital Fund I LP | bling0@gmail.com, blingcapital@aduroadvisors.com, luca.beisans@carta.com, ashley.smoker@carta.com | blingcapital@aduroadvisors.com |
| CS-80 | Outstanding | Bling Capital Fund I-A LP | bling0@gmail.com, blingcapital@aduroadvisors.com, luca.beisans@carta.com, ashley.smoker@carta.com | blingcapital@aduroadvisors.com |
| CS-81 | Outstanding | Alejandro Celis | | alejo@undergroundcellar.com |
| CS-82 | Outstanding | Accomplice Fund III, L.P. | frank@accomplice.co, scott@accomplice.co, amber@accomplice.co | frank@accomplice.co |
| CS-83 | Outstanding | Amanda Mcguigan | amanda.mcguigan@icloud.com | amanda.mcguigan@icloud.com |
| CS-84 | Outstanding | Nelly Perchatkin | nelly@undergroundcellar.com, cboodey@gmail.com | nperchatkin90@gmail.com |
| CS-85 | Outstanding | Nelly Perchatkin | nelly@undergroundcellar.com, cboodey@gmail.com | nperchatkin90@gmail.com |
| CS-86 | Outstanding | Nelly Perchatkin | nelly@undergroundcellar.com, cboodey@gmail.com | nperchatkin90@gmail.com |
| CS-87 | Outstanding | Andrea Madden | | dremadden@gmail.com |
| CS-88 | Outstanding | Jeff Hardy | hardy@undergroundcellar.com | jeffreyshardy@gmai.com |
| PA-01 | Outstanding | Accomplice Fund III, L.P. | frank@accomplice.co, scott@accomplice.co, amber@accomplice.co | frank@accomplice.co |
| PA-02 | Outstanding | Golden Venture Partners Fund III, LP | matt@goldenvp.com, mlahn@goldenvp.com, ameet@golden.ventures | matt@golden.ventures |
| PA-03 | Outstanding | Bling Capital Fund I LP | bling0@gmail.com, blingcapital@aduroadvisors.com, luca.beisans@carta.com, ashley.smoker@carta.com | blingcapital@aduroadvisors.com |
| PA-04 | Outstanding | Bling Capital Fund I-A LP | bling0@gmail.com, blingcapital@aduroadvisors.com, luca.beisans@carta.com, ashley.smoker@carta.com | blingcapital@aduroadvisors.com |
| PA-05 | Outstanding | Bling Capital Fund I OPPS LP | bling0@gmail.com, blingcapital@aduroadvisors.com, luca.beisans@carta.com, ashley.smoker@carta.com | blingcapital@aduroadvisors.com |
| PA-06 | Outstanding | Bling Capital Fund I OPPS-A LP | bling0@gmail.com, blingcapital@aduroadvisors.com, luca.beisans@carta.com, ashley.smoker@carta.com | blingcapital@aduroadvisors.com |
| PA-07 | Outstanding | UN Fund II, a series of Reinforced Ventures, LP | | portfolio@angel.co |
| PA-08 | Outstanding | Euan Guttridge | eguttridge@gmail.com | euan@reinforcedventures.com |
| PA-09 | Outstanding | Thayer Family Trust, dated January 30, 2019 | ithayer@gmail.com | ithayer@gmail.com |
| PA-10 | Outstanding | Daniel Almog | | daniel.almog@gmail.com |
| PA-11 | Outstanding | CP Sarva Family LLC | p@sayrhino.com | p@sayrhino.com |
| PA-12 | Outstanding | Josh Breinlinger | josh@turtlevc.co | josh@turtlevc.co |
| PA-13 | Outstanding | Rodnitzky Family Trust Agreement | davidrod@gmail.com, alternativessf@summittrail.com | david@3qdigital.com |
| PA-14 | Outstanding | Daniel Cohen | danielc@viola.vc | daniel@naan.capital |
| PA-15 | Outstanding | Jean-Charles Boisset | jeancharles.boisset@boisset.com | jeancharles.boisset@boisset.com |
| PA-16 | Outstanding | LAUNCH Fund 3, LP | fund@launch.co | fund@launch.co |
| PA-19 | Outstanding | The Jon Staenberg Trust | jon@staenberg.com | jon@staenberg.com |
| PA-18 | Outstanding | UC-2, a series of Jason's Syndicate, LLC | ops@assurefundmgmt.com, ani@andromedagroup.io, ashley.smoker@carta.com | funds@assurefundmgmt.com |
| PA-17 | Outstanding | LAUNCH Fund 3, DTW, LP | fund@launch.co | fund@launch.co |
| PSS-01 | Outstanding | Golden Venture Partners Fund III, LP | matt@goldenvp.com, mlahn@goldenvp.com, ameet@golden.ventures | matt@golden.ventures |
| PSS-02 | Outstanding | Bling Capital Fund I-A LP | bling0@gmail.com, blingcapital@aduroadvisors.com, luca.beisans@carta.com, ashley.smoker@carta.com | blingcapital@aduroadvisors.com |
| PSS-03 | Outstanding | Bling Capital Fund I LP | bling0@gmail.com, blingcapital@aduroadvisors.com, luca.beisans@carta.com, ashley.smoker@carta.com | blingcapital@aduroadvisors.com |

Underground Enterprises Inc. Shareholder Contact Information

| Certificate Number | Certificate Status | Shareholder Name | Portfolio Email | Contact Email |
|---|---|---|---|---|
| PSS-04 | Outstanding | STRATA Trust Company, Custodian FBO Leslie A Goldman IRA #300001662 | newinvestments@stratatrust.com | leslie@theartemisfund.com |
| PSS-05 | Outstanding | JAZFund, LLC | ezimon@comcast.net | ezimon@comcast.net |
| PSS-06 | Outstanding | John Allen | jrallen81@gmail.com | jrallen81@gmail.com |
| PSS-07 | Outstanding | JAZFund, LLC | ezimon@comcast.net | ezimon@comcast.net |
| PSS-08 | Outstanding | Underground Cellar, a series of Jason's Syndicate, LLC | ops@assurefundmgmt.com, ani@andromedagroup.io, ashley.smoker@carta.com | funds@assurefundmgmt.com |
| PSS-09 | Outstanding | Brandan Zaucha | | cutchalosses@gmail.com |
| PSS-10 | Outstanding | Alexander Gerko | agerko@gmail.com | alex.gerko@xtxmarkets.com |
| PSS-11 | Outstanding | Barbara Corcoran Holdings, LLC | | barbara@barbaracorcoran.com |
| PSS-12 | Outstanding | AngelList-Ular-Fund, a series of AngelList-BaRs-Funds, LLC | | simon@aladvisors.co |
| PSS-13 | Outstanding | Chancellor Capital, LLC | pnadel@gmail.com, phil@forefrontvp.com | pnadel@gmail.com |
| PSS-14 | Outstanding | Autumn Kingdom LTD | yp@msr.capital | yp@msr.capital |
| PSS-15 | Outstanding | Robert Herbold | bobby.herbold@fitchwood.com | bobby.herbold@fitchwood.com |
| PSS-16 | Outstanding | Peter Weinstein | pjweinstein@gmail.com | pjweinstein@gmail.com |
| PSS-17 | Outstanding | Leslie Goldman | leslie@theartemisfund.com | leslie@theartemisfund.com |
| PSS-18 | Outstanding | Sagar Patel | contactsagar1@gmail.com | contactsagar1@gmail.com |
| PSS-19 | Outstanding | Colleen Kelty | kelty211@comcast.net | kelty211@comcast.net |
| PSS-20 | Outstanding | Wilson Tsai | questforglory@gmail.com | greedyfishventures@gmail.com |
| PSS-21 | Outstanding | Attractor Ventures LLC | | gigi@attractor.com |
| PSS-22 | Outstanding | Jon Hoffmann | j_hoff@yahoo.com | j_hoff@yahoo.com |
| PSS-23 | Outstanding | RG Capital Investments, LLC | dilrajghumman@hotmail.com | dilrajghumman@hotmail.com |
| PSS-24 | Outstanding | Imagine VC Holdings LLC Series 7 | h@imagine.vc | h@imagine.vc |
| PSS-25 | Outstanding | Martin Isaac | martyisaac@gmail.com | martyisaac@gmail.com |
| PSS-26 | Outstanding | Bryden Road Ventures LLC | andrew.kass@gmail.com, andrew@blackwatch.io | andrew@bwadvisory.com |
| PSS-27 | Outstanding | Jeffrey Galgano | jeffgalgano@gmail.com | Jeffgalgano@gmail.com |
| PSS-28 | Outstanding | The Kar-Mun Wong and Wan Lofti Revocable Trust dated 12/27/2007 | | wongkarmun@yahoo.com |
| PSS-29 | Outstanding | Tucker Family, LLC | ltucker@tuckerlawpllc.com | ltucker@tuckerlawpllc.com |
| PSS-30 | Outstanding | John Allen | jrallen81@gmail.com | jrallen81@gmail.com |
| PSS-31 | Outstanding | LAUNCH Incubator I, LLC | fund@launch.co | fund@launch.co |
| PSS-32 | Outstanding | Founders Rising, LLC | charlescyu1@gmail.com | charles.yu@blingcap.com |
| PSS-33 | Outstanding | Razvan Roman | razvan.roman@gmail.com | razvan.roman@gmail.com |
| PSS-34 | Outstanding | Owen Sun | | owen@blingcap.com |
| PSS-35 | Outstanding | The Jon Staenberg Trust | jon@staenberg.com | jon@staenberg.com |
| PSS-36 | Outstanding | Stephen Loeb | stephenloeb@alaskadistributors.com | steveloeb@alaskadistributors.com |
| PSS-37 | Outstanding | UC-2, a series of Jason's Syndicate, LLC | ops@assurefundmgmt.com, ani@andromedagroup.io, ashley.smoker@carta.com | funds@assurefundmgmt.com |
| PSS-38 | Outstanding | UN Fund II, a series of Reinforced Ventures, LP | | portfolio@angel.co |
| PSS-39 | Outstanding | Shonk Investments Ltd. | legal@atxventurepartners.com | chris@atxventurepartners.com |
| PSS-40 | Outstanding | Lomax Investments, LP | legal@atxventurepartners.com | chris@atxventurepartners.com |
| PSS-41 | Outstanding | Leslie Goldman | leslie@theartemisfund.com | leslie@theartemisfund.com |
| PSS-42 | Outstanding | Martin Isaac | martyisaac@gmail.com | martyisaac@gmail.com |

Underground Enterprises Inc. Shareholder Contact Information

| Certificate Number | Certificate Status | Shareholder Name | Portfolio Email | Contact Email |
|---|---|---|---|---|
| PSS-43 | Outstanding | SER Capital LLC | tstus@yahoo.com | tstus@yahoo.com |
| PSS-44 | Outstanding | The Matthew S. Meyerson and Christina M. Meyerson Family Revocable Living Trust | smnosreyem419@gmail.com | msm914@gmail.com |
| PSS-45 | Outstanding | UC-2, a series of Jason's Syndicate, LLC | ops@assurefundmgmt.com, ani@andromedagroup.io, ashley.smoker@carta.com | funds@assurefundmgmt.com |
| PSS-46 | Outstanding | The Jon Staenberg Trust | jon@staenberg.com | jon@staenberg.com |
| PSS-47 | Outstanding | Golden Venture Partners Fund III, LP | matt@goldenvp.com, mlahn@goldenvp.com, ameet@golden.ventures | matt@golden.ventures |
| PSS-48 | Outstanding | Bling Capital Fund I-A LP | bling0@gmail.com, blingcapital@aduroadvisors.com, luca.beisans@carta.com, ashley.smoker@carta.com | blingcapital@aduroadvisors.com |
| PSS-49 | Outstanding | Bling Capital Fund I LP | bling0@gmail.com, blingcapital@aduroadvisors.com, luca.beisans@carta.com, ashley.smoker@carta.com | blingcapital@aduroadvisors.com |
| PSS-50 | Outstanding | Wilson Tsai | questforglory@gmail.com | greedyfishventures@gmail.com |
| PSS-51 | Outstanding | Golden Venture Partners Fund III, LP | matt@goldenvp.com, mlahn@goldenvp.com, ameet@golden.ventures | matt@golden.ventures |
| PSS-52 | Outstanding | Bling Capital Fund I LP | bling0@gmail.com, blingcapital@aduroadvisors.com, luca.beisans@carta.com, ashley.smoker@carta.com | blingcapital@aduroadvisors.com |
| PSS1-01 | Outstanding | YCVC Fund I, L.P. | | financings@ycombinator.com |
| PSS1-02 | Outstanding | YCVC Fund I, L.P. | | financings@ycombinator.com |
| PSS2-01 | Outstanding | LAUNCH Fund I, L.P. | | fund@launch.co |

Underground Enterprises Inc. Option Holder Contact Information

| Grant Number | Grant Status | Option Holder Name | Portfolio Email | Contact Email |
|---|---|---|---|---|
| O-002 | Outstanding | BCVP, LLC | | barbara@barbaracorcoran.com |
| O-004 | Forfeited | Alejandro Celis | alejo@undergroundcellar.com | alejo@undergroundcellar.com |
| O-005 | Forfeited | Neal Coats | | placeholder@carta.com |
| O-006 | Outstanding | Connor Drinan | | placeholder@undergroundcellar.com |
| O-007 | Outstanding | Euan Guttridge | eguttridge@gmail.com | euan@reinforcedventures.com |
| O-008 | Outstanding | Chris Hoyt | chris@ostp.vc | chris@ostp.vc |
| O-009 | Outstanding | Chris Hoyt | chris@ostp.vc | chris@ostp.vc |
| O-012 | Fully exercised | Nelly Perchatkin | nelly@undergroundcellar.com, cboodey@gmail.com | nperchatkin90@gmail.com |
| O-013 | Fully exercised | Nelly Perchatkin | nelly@undergroundcellar.com, cboodey@gmail.com | nperchatkin90@gmail.com |
| O-014 | Outstanding | Pan Rongrong | | placeholder@undergroundcellar.com |
| O-015 | Fully exercised | William Ruehle | | bill@ruehleadvisory.com |
| O-016 | Outstanding | Jennifer Shoemaker | jennifer@undergroundcellar.com | jennifer@undergroundcellar.com |
| O-017 | Outstanding | Gary Spadafore | spada4@cox.net | spada4@cox.net |
| O-018 | Exercisable until 07/29/30 | Jeffrey Shaw | jeff@undergroundcellar.com | jeff@undergroundcellar.com |
| O-019 | Outstanding | Benjamin Herila | | bwh@undergroundcellar.com |
| O-020 | Expired | Nelly Perchatkin | nelly@undergroundcellar.com, cboodey@gmail.com | nperchatkin90@gmail.com |
| O-021 | Forfeited | Bridget Lapin | bridget@undergroundcellar.com | blapin247@gmail.com |
| O-022 | Canceled | Mathew Jedeiken | | placeholder@carta.com |
| O-023 | Outstanding | Angelo Baumgartner | angelo@undergroundcellar.com | angelo@undergroundcellar.com |
| O-024 | Expired | Amanda Mcguigan | amanda.mcguigan@icloud.com | amanda.mcguigan@icloud.com |
| O-025 | Forfeited | Crista Miller | crista@undergroundcellar.com | cristajmiller@gmail.com |
| O-026 | Forfeited | Ben Smith | bsmith@undergroundcellar.com | psychocow007@gmail.com |
| O-027 | Outstanding | Jennifer Shoemaker | jennifer@undergroundcellar.com | jennifer@undergroundcellar.com |
| O-028 | Forfeited | John Ortiz | john@undergroundcellar.com | jortiz4422@gmail.com |
| O-029 | Forfeited | Susanne Lee | susanne@undergroundcellar.com | susannelee912@yahoo.com |
| O-030 | Forfeited | Kyle Jackson | kyle@undergroundcellar.com | kyle@undergroundcellar.com |
| O-031 | Forfeited | Meghan Miller | meghan@undergroundcellar.com | megletters@gmail.com |
| O-032 | Expired | Alejandro Celis | alejo@undergroundcellar.com | alejo@undergroundcellar.com |
| O-033 | Outstanding | Crystal De Haro Lares | crystal@undergroundcellar.com | crystal@undergroundcellar.com |
| O-035 | Forfeited | Bridget Lapin | bridget@undergroundcellar.com | blapin247@gmail.com |
| O-036 | Forfeited | Kyle Zink | zink.kyle@gmail.com | zink.kyle@gmail.com |

**Underground Enterprises Inc. Option Holder Contact Information**

| Grant Number | Grant Status | Option Holder Name | Portfolio Email | Contact Email |
|---|---|---|---|---|
| O-037 | Outstanding | Robert Ord | robert@undergroundcellar.com | robert@undergroundcellar.com |
| O-038 | Forfeited | Matt McWalters | matt@undergroundcellar.com | mcwaltersmatt@gmail.com |
| O-039 | Forfeited | Sydney Garcia-Franklin | sydney@undergroundcellar.com | sfranklin1692@gmail.com |
| O-040 | Exercisable until 05/28/23 | Tyler Garvin | tyler@undergroundcellar.com | garvin.tyler@gmail.com |
| O-041 | Outstanding | Brent Beckley | brent@beckley.co | brent@beckley.co |
| O-042 | Outstanding | Tink Taylor | tink.taylor@dotdigital.com | tink.taylor@dotmailer.com |
| O-043 | Outstanding | Stephen Loeb | stephenloeb@alaskadistributors.com | steveloeb@alaskadistributors.com |
| O-044 | Forfeited | Bridget Lapin | bridget@undergroundcellar.com | blapin247@gmail.com |
| O-045 | Outstanding | Leighton James | leighton.james@me.com | leighton.james@me.com |
| O-046 | Canceled | Francisca Garcia | | francisca@undergroundcellar.com |
| O-047 | Forfeited | Jacob Greenberg | jacob@greenberg.nu | jacob@undergroundcellar.com |
| O-048 | Fully exercised | Jeff Hardy | | jeffreyshardy@gmai.com |
| O-049 | Outstanding | Manny Cruz | | placeholder@undergroundcellar.com |
| O-050 | Outstanding | Chad La Tourette | chad@undergroundcellar.com | chad@undergroundcellar.com |
| O-051 | Outstanding | Jillian Watson | jill@undergroundcellar.com | jwatso47@gmail.com |
| ES-052 | Forfeited | Saadi Nasim | saadi@undergroundcellar.com | nasimsaad@yahoo.com |
| ES-053 | Forfeited | Lori Monteleone | lori@undergroundcellar.com | lorimonteleone@sbcglobal.net |
| ES-054 | Forfeited | Brett Browman | | btbrowman@gmail.com |
| ES-055 | Exercisable until 08/03/31 | Jeffrey Shaw | jeff@undergroundcellar.com | jeff@undergroundcellar.com |
| ES-056 | Exercisable until 08/03/31 | Jeffrey Shaw | jeff@undergroundcellar.com | jeff@undergroundcellar.com |
| ES-057 | Exercisable until 12/09/27 | Jeff Hardy | hardy@undergroundcellar.com | jeffreyshardy@gmai.com |
| ES-058 | Outstanding | Matthew Clark | clark.matt@gmail.com | mattc@undergroundcellar.com |
| ES-059 | Outstanding | Kelsey Mackendorf | kelsey@undergroundcellar.com | kelsey@undergroundcellar.com |
| ES-060 | Forfeited | Marisa Perez | palomaresmarisa@gmail.com | palomaresmarisa@gmail.com |
| ES-061 | Outstanding | Josh Kirchhoff | josh@undergroundcellar.com | josh@undergroundcellar.com |
| ES-062 | Forfeited | Logan McConnell | logan@undergroundcellar.com | logangmcconnell@gmail.com |
| ES-063 | Outstanding | Daniel Ruiz | | ruiz@undergroundcellar.com |
| ES-064 | Outstanding | Le'Mun Lawson | lawson@undergroundcellar.com | lawson@undergroundcellar.com |
| ES-065 | Forfeited | Victor Fernandez | victor@undergroundcellar.com | vicfernandez27@yahoo.com |
| ES-066 | Canceled | Francesca Duncan | | francescadduncan@gmail.com |
| ES-067 | Forfeited | Alex Vicars - Harris | alex@undergroundcellar.com | alexander.vicarsharris@gmail.com |
| ES-068 | Forfeited | Warlito Bolisay | | wv2807@yahoo.com |
| ES-069 | Forfeited | Andrey Tarasov | andrey@undergroundcellar.com | tarasovand@gmail.com |

Underground Enterprises Inc. Option Holder Contact Information

| Grant Number | Grant Status | Option Holder Name | Portfolio Email | Contact Email |
|---|---|---|---|---|
| ES-070 | Canceled | Kristen Kahler | | placeholder@carta.com |
| ES-071 | Canceled | Julian Silva | | placeholder@carta.com |
| ES-072 | Outstanding | Rafa Solorio | | solorio@undergroundcellar.com |
| ES-073 | Canceled | David Velazquez | velazquez@undergroundcellar.com | velazquez@undergroundcellar.com |
| ES-074 | Outstanding | Byron Bugress | burgess@undergroundcellar.com | burgess@undergroundcellar.com |
| ES-075 | Forfeited | Shana Clarke | shana@undergroundcellar.com | shana@shanaspeakswine.com |
| ES-076 | Forfeited | James Kerivan | jameskerivan@gmail.com | jameskerivan@gmail.com |
| ES-077 | Outstanding | Robert Ord | robert@undergroundcellar.com | robert@undergroundcellar.com |
| ES-078 | Forfeited | Brian Bettencourt | bgbettencourt@gmail.com | bgbettencourt@gmail.com |
| ES-079 | Outstanding | Jeannette Huynh | jeannette.huynh@affirm.com | jeannette@undergroundcellar.com |
| ES-080 | Forfeited | Alice Ni | alicen2121@gmail.com | alicen2121@gmail.com |
| ES-081 | Canceled | Francesca Duncan | | francescadduncan@gmail.com |
| ES-082 | Forfeited | Alex Vicars - Harris | alex@undergroundcellar.com | alexander.vicarsharris@gmail.com |
| ES-083 | Forfeited | Bedi Egilmez | bedi@undergroundcellar.com | mbedi.egilmez@gmail.com |
| ES-084 | Forfeited | Grace Jovanovic | gracejovanovic@gmail.com | gracejovanovic@gmail.com |
| ES-085 | Forfeited | Andrea Madden | dremadden@gmail.com | dremadden@gmail.com |
| ES-086 | Forfeited | Caitlin Phillips | | caitphill@gmail.com |
| ES-087 | Forfeited | David Goldklang | shop@davegk.com | davegk1@gmail.com |
| ES-088 | Canceled | Michael Downey | michael@undergroundcellar.com | mikedowney415@gmail.com |
| ES-089 | Outstanding | Alex Livingston | abliving@gmail.com | abliving@gmail.com |
| ES-090 | Outstanding | Jessica Affatato | jessica@undergroundcellar.com | jessica@undergroundcellar.com |
| ES-091 | Forfeited | Hannah Anderson | | hannahanders@gmail.com |
| ES-092 | Outstanding | Allysyn Bryant | bryant@undergroundcellar.com | bryant@undergroundcellar.com |
| ES-093 | Outstanding | Grace Oca | oca@undergroundcellar.com | oca@undergroundcellar.com |
| ES-094 | Outstanding | Marcial Pineda Jr | | pineda@undergroundcellar.com |
| ES-095 | Outstanding | Sheryl Uy | uy@undergroundcellar.com | uy@undergroundcellar.com |
| ES-096 | Exercisable until 12/09/27 | Jeff Hardy | hardy@undergroundcellar.com | jeffreyshardy@gmai.com |
| ES-097 | Outstanding | Jillian Watson | jill@undergroundcellar.com | jwatso47@gmail.com |
| ES-098 | Exercisable until 05/28/23 | Tyler Garvin | | garvin.tyler@gmail.com |
| ES-099 | Outstanding | Chad La Tourette | chad@undergroundcellar.com | chad@undergroundcellar.com |
| ES-100 | Outstanding | Kelsey Mackendorf | kelsey@undergroundcellar.com | kelsey@undergroundcellar.com |
| ES-101 | Canceled | Matthew Mayback | | mayback.matthew@gmail.com |
| ES-102 | Outstanding | Matthew Clark | clark.matt@gmail.com | mattc@undergroundcellar.com |

**Underground Enterprises Inc. Option Holder Contact Information**

| Grant Number | Grant Status | Option Holder Name | Portfolio Email | Contact Email |
|---|---|---|---|---|
| ES-103 | Forfeited | Michael Downey | michael@undergroundcellar.com | mikedowney415@gmail.com |
| ES-104 | Outstanding | Robert Ord | | robert@undergroundcellar.com |
| ES-105 | Forfeited | Shana Clarke | shana@undergroundcellar.com | shana@shanaspeakswine.com |
| ES-106 | Forfeited | Meghan Miller | meghan@undergroundcellar.com | megletters@gmail.com |
| ES-107 | Forfeited | John Ortiz | john@undergroundcellar.com | jortiz4422@gmail.com |
| ES-108 | Outstanding | Josh Kirchhoff | josh@undergroundcellar.com | josh@undergroundcellar.com |
| ES-109 | Outstanding | Jessica Affatato | jessica@undergroundcellar.com | jessica@undergroundcellar.com |
| ES-110 | Forfeited | Alex Vicars - Harris | alex@undergroundcellar.com | alexander.vicarsharris@gmail.com |
| ES-111 | Outstanding | Clare Apps | clare@undergroundcellar.com | clare@undergroundcellar.com |
| ES-112 | Forfeited | Grace Jovanovic | gracejovanovic@gmail.com | gracejovanovic@gmail.com |
| ES-113 | Forfeited | Lori Monteleone | lori@undergroundcellar.com | lorimonteleone@sbcglobal.net |
| ES-114 | Forfeited | Hannah Anderson | | hannahanders@gmail.com |
| ES-115 | Canceled | Victoria Love | | v-love_@hotmail.com |
| ES-116 | Outstanding | Chad La Tourette | | chad@undergroundcellar.com |

**Underground Enterprises Inc. Warrant holder Contact Information**

| Warrant Number | Warrant Status | Warrant holder Name | Portfolio Email | Contact Email |
|---|---|---|---|---|
| W-1 | Outstanding | Jason DiFrancesco | jmd@difran.com | jmd@difran.com |
| W-2 | Outstanding | Bling Capital Fund I LP | bling0@gmail.com, blingcapital@aduroadvisors.com, luca.beisans@carta.com, ashley.smoker@carta.com | blingcapital@aduroadvisors.com |
| W-3 | Outstanding | Bling Capital Fund I-A LP | bling0@gmail.com, blingcapital@aduroadvisors.com, luca.beisans@carta.com, ashley.smoker@carta.com | blingcapital@aduroadvisors.com |
| W-4 | Outstanding | SVB Financial Group | | klyons@svb.com |
| PW-1 | Outstanding | Triplepoint Venture Lending Fund, LLC | | legal@triplepointcapital.com |
| PW-2 | Outstanding | Triplepoint Venture Lending Fund, LLC | | legal@triplepointcapital.com |
| PW-3 | Outstanding | Triplepoint Venture Lending Fund, LLC | | legal@triplepointcapital.com |

**Underground Enterprises Inc. Convertible holder Contact Information**

| Note Number | Note Status | Convertible Holder Name | Portfolio Email | Contact Email |
|---|---|---|---|---|
| SAFE-01 | Converted | Rodnitzky Family Trust Agreeemnt | davidrod@gmail.com, alternativessf@summittrail.com | david@3qdigital.com |
| SAFE-02 | Converted | Daniel Cohen | danielc@viola.vc | daniel@naan.capital |
| SAFE2-03 | Outstanding | Chessie-Miller Trust | nmiller@thornhillcompanies.com | nmiller@thornhillcompanies.com |
| SAFE2-04 | Outstanding | The Jon Staenberg Trust | jon@staenberg.com | jon@staenberg.com |
| SAFE2-05 | Outstanding | Accomplice Fund III, L.P. | frank@accomplice.co, scott@accomplice.co, amber@accomplice.co | frank@accomplice.co |
| SAFE2-06 | Outstanding | UN FUND I, A SERIES OF ACCOMPLICE SPV FUNDS, L.P. | frank@accomplice.co | frank@accomplice.co |
| SAFE2-07 | Outstanding | Bling Capital Fund II Opps LP | blingcapital@aduroadvisors.com | blingcapital@aduroadvisors.com |
| SAFE2-08 | Outstanding | Bling Capital Fund II Opps-A LP | blingcapital@aduroadvisors.com | blingcapital@aduroadvisors.com |
| SAFE2-09 | Outstanding | Van Lynde Family Trust | russell.lynde@protonmail.com, katharine@parkwestllc.com, marjorie@parkwestllc.com | russell@parkwestllc.com |
| SAFE2-10 | Outstanding | Peter S. Park and Lisa Song as trustees of the Park Family Trust | peterparkwest@gmail.com, katharine@parkwestllc.com, marjorie@parkwestllc.com | peter@parkwestllc.com |
| SAFE2-11 | Outstanding | Ronald J. Brown | rbshouse@yahoo.com | ron@parkwestllc.com |
| SAFE2-12 | Outstanding | Joshua D. Jackson and Rachel M. Jackson Living Trust | joshdjackson@gmail.com | josh@parkwestllc.com |
| SAFE2-13 | Outstanding | Underground Cellar-4, a Series of Jason's Syndicate, LLC | ops@assurefundmgmt.com | launch@assure.co |
| SAFE2-14 | Outstanding | LAUNCH Fund 3, LP and LAUNCH Fund 3 DTW, LP | | fund@launch.co |

| Fill in this information to identify the case: |
|---|
| Debtor name **Underground Enterprises, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **AB testing** |
| State the term remaining | **21 months** |
| List the contract number of any government contract | **AB Tasty**<br>**408 Broadway**<br>**New York, NY 10013** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Expense Management Tool** |
| State the term remaining | **2 months** |
| List the contract number of any government contract | **Airbase**<br>**548 Market Street**<br>**Suite 93249**<br>**San Francisco, CA 94104-5401** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Rent** |
| State the term remaining | **10 months** |
| List the contract number of any government contract | **Biago Bros**<br>**466 Devlin Road**<br>**Napa, CA 94558** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Cap Table Management** |
| State the term remaining | **12 months** |
| List the contract number of any government contract | **Carta**<br>**333 Bush Street**<br>**Suite 2300**<br>**San Francisco, CA 94104** |

| Debtor 1 | **Underground Enterprises, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Content Management** | |
|---|---|---|---|
| | State the term remaining | **3 months** | |
| | List the contract number of any government contract | _____ | **Contentful**<br>**150 Spear Street**<br>**San Francisco, CA 94105** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Esignature Tool** | |
|---|---|---|---|
| | State the term remaining | **2 months** | |
| | List the contract number of any government contract | _____ | **Docusign**<br>**221 Main Street**<br>**Suite 1000**<br>**San Francisco, CA 94105** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Data Movement Platform** | |
|---|---|---|---|
| | State the term remaining | **4 months** | |
| | List the contract number of any government contract | _____ | **Fivetran**<br>**405 14th Street**<br>**Suite 110**<br>**Oakland, CA 94612** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Digital Insights** | |
|---|---|---|---|
| | State the term remaining | **6 months** | |
| | List the contract number of any government contract | _____ | **Heap**<br>**225 Bush Street**<br>**Suite 200**<br>**San Francisco, CA 94104** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **BI Platform** | |
|---|---|---|---|
| | State the term remaining | **5 months** | |
| | List the contract number of any government contract | _____ | **Mode**<br>**208 Utah Street**<br>**Suite 400**<br>**San Francisco, CA 94103** |

| Debtor 1 | **Underground Enterprises, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **ERP** | |
|---|---|---|---|
| | State the term remaining | **22 months** | **Oracle America, Inc.** |
| | List the contract number of any government contract | | **12320 Oracle Blvd.** |
| | | | **Colorado Springs, CO 80921** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Phoeno Wine Company, Inc.** |
| | List the contract number of any government contract | | **1166 Commerce Blvd.** |
| | | | **Suite C and D** |
| | | | **American Canyon, CA 94503** |

**Fill in this information to identify the case:**

Debtor name    **Underground Enterprises, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Phoeno Wine Company, Inc.** | **1166 Commerce Blvd. Suite C & D American Canyon, CA 94503** | **TriplePoint Private Venture Credit, Inc.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Underground Enterprises, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$686,456.00** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$5,192,240.64** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$5,252,003.05** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor    **Underground Enterprises, Inc.** _____    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **ABD Insurance & Financial Services**<br>**777 Mariners Island Blvd.**<br>**Suite 250**<br>**San Mateo, CA 94404** | **See attached spreadsheet for dates and amounts** | **$43,297.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Acorn Paper Products LLC**<br>**PO Box 23965**<br>**Los Angeles, CA 90023** | **See attached spreadsheet for dates and amounts** | **$32,376.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Bamboo Technologies**<br>**3601 Fremont Avenue N**<br>**Suite 309**<br>**Seattle, WA 98103** | **See attached spreadsheet for dates and amounts** | **$31,815.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Biagi Bros**<br>**787 Airpark Road**<br>**Napa, CA 94558** | **See attached spreadsheet for dates and amounts** | **$302,676.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **BraunHagey & Borden LLP**<br>**351 California Street**<br>**10th Floor**<br>**San Francisco, CA 94104** | **See attached spreadsheet for dates and amounts** | **$41,784.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Carta**<br>**333 Bush Street**<br>**Suite 2300**<br>**San Francisco, CA 94105** | **See attached spreadsheet for dates and amounts** | **$18,190.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Contentful**<br>**1801 California Street**<br>**Suite 4600**<br>**Denver, CO 80202** | **See attached spreadsheet for dates and amounts** | **$8,044.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | **Crown Equipment Corporation**<br>**1420 Enterprise Blvd.**<br>**West Sacramento, CA 95691** | **See attached spreadsheet for dates and amounts** | **$18,403.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Underground Enterprises, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **EAN Services, LLC**<br>**340 Layfayette Avenue**<br>**Saint Louis, MO 63104** | **See attached spreadsheet for dates and amounts** | **$9,201.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **NAPPJO, LLC**<br>**5602 Belleza Drive**<br>**Pleasanton, CA 94588** | **See attached spreadsheet for dates and amounts** | **$13,312.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Oracle America, Inc.**<br>**5400 N. Grand Blvd., Suite 515**<br>**Oklahoma City, OK 73112** | **See attached spreadsheet for dates and amounts** | **$35,962.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Partners Personnel Management Services**<br>**20503 Hesperian Blvd.**<br>**Hayward, CA 94541** | **See attached spreadsheet for dates and amounts** | **$8,350.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Raines Feldman LLP**<br>**1800 Avenue of the Stars**<br>**12th Floor**<br>**Los Angeles, CA 90067** | **See attached spreadsheet for dates and amounts** | **$60,664.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Rakuten Marketing, LLC**<br>**800 Concar Drive**<br>**San Mateo, CA 94402** | **See attached spreadsheet for dates and amounts** | **$8,817.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Select Staffing**<br>**PO Box 512007**<br>**Los Angeles, CA 90051** | **See attached spreadsheet for dates and amounts** | **$32,788.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **startup Soft**<br>**44 Montgomery St**<br>**San Francisco, CA 94104** | **See attached spreadsheet for dates and amounts** | **$21,376.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Underground Enterprises, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **ServPro** **815 Arnold Drive** **Suite 9** **Martinez, CA 94553** | **See attached spreadsheet for dates and amounts** | **$14,453.86** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.18. **We Ship Express Inc.** **745 Skyway Ct** **Napa, CA 94558** | **See attached spreadsheet for dates and amounts** | **$192,333.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19. **Wine Country Connect** **PO Box 175** **Vineburg, CA 95487** | **See attached spreadsheet for dates and amounts** | **$242,208.59** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.20. **Yahoo** **701 First Avenue** **Sunnyvale, CA 94089** | **See attached spreadsheet for dates and amounts** | **$23,136.17** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.21. **TripePoint Private Venture Credit, Inc.** **2755 Sand Hill Road** **Suite 150** **Menlo Park, CA 94025** | **See attached spreadsheet for dates and amounts** | **$188,033.03** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jeffrey Hardy** **5650 Ocean View Drive** **Oakland, CA 94618** **Former CEO** | **See attached** | **$152,564.15** | **Salary** |
| 4.2. **Chad La Tourette** **1007 Evelyn Avenue** **Albany, CA 94706** **CEO** | **See attached** | **$211,674.37** | **Salary** |
| 4.3. **Jeffrey Shaw** **580 Howard Street, Unit 500** **San Francisco, CA 94105** **Cofounder/Board Member** | **See attached** | **$72,917.63** | **Salary** |

Debtor    **Underground Enterprises, Inc.**                                    Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.  **Jillian Watson** **1815 Alice Street** **Oakland, CA 94612** **Vice President of Revenue** | **See attached** | **$133,333.60** | **Salary** |
| 4.5.  **Robert Ord** **205 Coombs St** **Napa, CA 94559** **CEO of Affiliate Phoeno Wine Company, Inc.** | **See attached** | **$141,402.75** | **Salary** |
| 4.6.  **Jeffrey Shaw** **580 Howard Street, Unit 500** **San Francisco, CA 94105** **Consultant** | **See attached** | **$75,376.43** | **Consultant Fees** |
| 4.7.  **Jillian Watson** **1815 Alice Street** **Oakland, CA 94612** **Consultant** | **See attached** | **$88,230.33** | **Consultant Fees** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ■ None

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **Underground Enterprises, Inc.**                                Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Raines Feldman LLP**<br>**1800 Avenue of the Stars**<br>**12th Floor**<br>**Los Angeles, CA 90067** | | **4/24/2023 -**<br>**$25,000**<br>**4/27/2023 -**<br>**$10,000** | **$35,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Armstrong Teasdale LLP**<br>**1007 North Market Street**<br>**Third Floor**<br>**Wilmington, DE 19801** | | **4/27/2023** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

Debtor   **Underground Enterprises, Inc.**                              Case number *(if known)*

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. **580 Howard Street<br>Suite 500<br>San Francisco, CA 94105** | **2014 - 2022** |

---

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

> **Underground Enterprises, Inc. obtains and manages information necessary to administer the wine program for the parties identified as "Customers" on Schedule F of affiliate Phoeno Wine Company, Inc.**
>
> Does the debtor have a privacy policy about that information?
> ■ No
> ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

> ☐ No Go to Part 10.
> ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Guideline 401K** | EIN:   **47-1827930** |

| Debtor | Underground Enterprises, Inc. | Case number *(if known)* |
|---|---|---|

Has the plan been terminated?

■ No

☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

---

Debtor    **Underground Enterprises, Inc.**                                    Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Burkland** **325 9th Street** **San Francisco, CA 94103** | **8/20/2020 - 7/30/2021** |
| 26a.2.    **Brian Bettencourt (Employee)** **1730 Ofarrell Street** **#612** **San Francisco, CA 94115** | **8/2/2021 - 10/28/2022** |
| 26a.3.    **Mighty Digits** **2 Colgate Rd** **Great Neck, NY 11023** | **10/1/2022 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Debtor | Underground Enterprises, Inc. | Case number *(if known)* |
|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **TriplePoint Private Venture Credit, Inc.**
**2755 Sand Hill Road**
**Suite 150**
**Menlo Park, CA 94025**

26d.2.  **Newfront Insurance**
**450 Sansome Street**
**Suite 300**
**San Francisco, CA 94111**

26d.3.  **Accomplice**
**56 Wareham Street**
**3rd Floor**
**Boston, MA 02118**

26d.4.  **Golden Venture**
**20 Maud Street**
**Suite 306**
**Toronto, Ontario M5V 2M5**
**CANADA**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chad La Tourette | 1007 Evelyn Avenue<br>Albany, CA 94706 | CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan Moore | 56 Wareham Street<br>3rd Floor<br>Boston, MA 02118 | Investor/Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matt Golden | 20 Maud Street<br>Suite 306<br>Toronto, Ontario M5V 2M5<br>CANADA | Investor/Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Shaw | 580 Howard Street #500<br>San Francisco, CA 94105 | Board Advisor | |

Debtor    **Underground Enterprises, Inc.**                    Case number *(if known)* _____

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Jeffrey Hardy** | **5650 Ocean View Drive Oakland, CA 94618** | **CEO** | **2021 - 2022** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|-----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|-----------------------------------------------------|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 28, 2023**

*Chad La Tourette*
───────────────────────
Signature of individual signing on behalf of the debtor

**Chad La Tourette**
Printed name

Position or relationship to debtor    **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

Underground Enterprises, Inc.
Attachment to Statement of Financial Affairs
3. Payments to creditors within 90 days before filing.

| Date | Vendor | Amount |
|------|--------|--------|
| 01/25/2023 | ABD Insurance & Financial Services | $11,974.00 |
| 01/25/2023 | ABD Insurance & Financial Services | $15,711.55 |
| 01/25/2023 | ABD Insurance & Financial Services | $10,325.00 |
| 03/02/2023 | ABD Insurance & Financial Services | $820.00 |
| 03/24/2023 | ABD Insurance & Financial Services | $863.00 |
| 03/24/2023 | ABD Insurance & Financial Services | $1,370.23 |
| 04/07/2023 | ABD Insurance & Financial Services | $1,370.23 |
| 04/07/2023 | ABD Insurance & Financial Services | $863.00 |
| | Total: | $43,297.01 |
| | | |
| 01/13/2023 | Acorn Paper Products LLC | $3,240.00 |
| 01/13/2023 | Acorn Paper Products LLC | $1,716.26 |
| 01/13/2023 | Acorn Paper Products LLC | $4,012.58 |
| 01/13/2023 | Acorn Paper Products LLC | $2,876.38 |
| 01/13/2023 | Acorn Paper Products LLC | $6,898.76 |
| 01/13/2023 | Acorn Paper Products LLC | $1,685.31 |
| 01/13/2023 | Acorn Paper Products LLC | $2,876.38 |
| 01/13/2023 | Acorn Paper Products LLC | $1,387.36 |
| 01/20/2023 | Acorn Paper Products LLC | $2,536.80 |
| 02/10/2023 | Acorn Paper Products LLC | $37.50 |
| 03/28/2023 | Acorn Paper Products LLC | $3,624.00 |
| 03/28/2023 | Acorn Paper Products LLC | $72.00 |
| 04/04/2023 | Acorn Paper Products LLC | $165.00 |
| 04/04/2023 | Acorn Paper Products LLC | $1,090.26 |
| 04/04/2023 | Acorn Paper Products LLC | $25.80 |
| 04/04/2023 | Acorn Paper Products LLC | $131.92 |
| | Total: | $32,376.31 |
| | | |
| 02/14/2023 | Bamboo Technologies | $12,387.10 |
| 03/15/2023 | Bamboo Technologies | $3,428.57 |
| 03/15/2023 | Bamboo Technologies | $16,000.00 |
| | Total: | $31,815.67 |
| | | |
| 01/20/2023 | Biagi Bros | $98,768.00 |
| 02/24/2023 | Biagi Bros | $101,954.00 |
| 04/04/2023 | Biagi Bros | $101,954.00 |
| | Total: | $302,676.00 |
| | | |
| 01/27/2023 | BraunHagey & Borden LLP | $20,970.00 |
| 03/06/2023 | BraunHagey & Borden LLP | $11,820.60 |
| 03/24/2023 | BraunHagey & Borden LLP | $8,994.15 |
| | Total: | $41,784.75 |
| | | |
| 03/08/2023 | Carta | $18,190.00 |
| | Total: | $18,190.00 |
| | | |
| 01/27/2023 | Contentful | $8,044.33 |
| | Total: | $8,044.33 |

Underground Enterprises, Inc.
Attachment to Statement of Financial Affairs
3. Payments to creditors within 90 days before filing.

| | | |
|---|---|---:|
| 01/13/2023 | Crown Equipment Corporation | $1,885.63 |
| 01/13/2023 | Crown Equipment Corporation | $95.00 |
| 01/13/2023 | Crown Equipment Corporation | $95.00 |
| 01/13/2023 | Crown Equipment Corporation | $95.00 |
| 01/20/2023 | Crown Equipment Corporation | $1,724.00 |
| 02/10/2023 | Crown Equipment Corporation | $1,887.78 |
| 02/24/2023 | Crown Equipment Corporation | $6,237.84 |
| 03/28/2023 | Crown Equipment Corporation | $1,885.63 |
| 04/04/2023 | Crown Equipment Corporation | $1,887.78 |
| 04/04/2023 | Crown Equipment Corporation | $723.89 |
| 04/04/2023 | Crown Equipment Corporation | $1,885.63 |
| | Total: | $18,403.18 |
| | | |
| 02/10/2023 | EAN Services, LLC | $1,850.58 |
| 03/06/2023 | EAN Services, LLC | $1,847.22 |
| 03/07/2023 | EAN Services, LLC | $1,817.82 |
| 03/31/2023 | EAN Services, LLC | $1,852.26 |
| 03/31/2023 | EAN Services, LLC | $1,833.22 |
| | Total: | $9,201.10 |
| | | |
| 01/13/2023 | NAPPJO, LLC | $3,952.00 |
| 02/27/2023 | NAPPJO, LLC | $4,784.00 |
| 04/04/2023 | NAPPJO, LLC | $4,576.00 |
| | Total: | $13,312.00 |
| | | |
| 01/13/2023 | Oracle America, Inc. | $217.80 |
| 01/27/2023 | Oracle America, Inc. | $326.70 |
| 01/27/2023 | Oracle America, Inc. | $9,887.40 |
| 02/10/2023 | Oracle America, Inc. | $108.90 |
| 02/10/2023 | Oracle America, Inc. | $25,421.33 |
| | Total: | $35,962.13 |
| | | |
| 01/20/2023 | Partners Peronnel Management Services, LLC | $635.04 |
| 01/27/2023 | Partners Peronnel Management Services, LLC | $868.34 |
| 02/22/2023 | Partners Peronnel Management Services, LLC | $1,030.01 |
| 02/22/2023 | Partners Peronnel Management Services, LLC | $1,058.40 |
| 02/22/2023 | Partners Peronnel Management Services, LLC | $961.03 |
| 03/28/2023 | Partners Peronnel Management Services, LLC | $1,058.40 |
| 03/28/2023 | Partners Peronnel Management Services, LLC | $846.72 |
| 03/28/2023 | Partners Peronnel Management Services, LLC | $836.06 |
| 04/04/2023 | Partners Peronnel Management Services, LLC | $1,056.55 |
| | Total: | $8,350.55 |
| | | |
| 04/04/2023 | Raines Feldman LLP | 75,000.00 |
| 04/11/2023 | Raines Feldman LLP | 250,000.00 |
| 04/12/2023 | Raines Feldman LLP - Used Retainer to Pay Inv. 106835 | **(3,570.00)** |
| 04/24/2023 | Raines Feldman LLP - Used Retainer to Pay Inv. 107050 | **(57,094.00)** |
| 04/24/2023 | Raines Feldman LLP - Chapter 7 Retainer (Flat Fee) | (25,000.00) |
| 04/24/2023 | Raines Feldman LLP - Returned Unused Retainer to Debtor | (239,336.00) |
| 04/27/2023 | Raines Feldman LLP - Chapter 7 Retainer (Flat Fee) | 10,000.00 |
| 04/27/2023 | Raines Feldman LLP - Used Retainer Chapter 7 Retainer (Flat Fee) | (10,000.00) |
| | Total: | 0.00 |

Underground Enterprises, Inc.
Attachment to Statement of Financial Affairs
3. Payments to creditors within 90 days before filing.

| | | |
|---|---|---:|
| 01/13/2023 | Rakuten Marketing, LLC | $1,181.99 |
| 02/10/2023 | Rakuten Marketing, LLC | $3,393.57 |
| 02/24/2023 | Rakuten Marketing, LLC | $1,181.77 |
| 04/04/2023 | Rakuten Marketing, LLC | $3,060.20 |
| | Total: | $8,817.53 |
| | | |
| 01/13/2023 | Select Staffing | $5,137.92 |
| 01/13/2023 | Select Staffing | $5,097.00 |
| 02/10/2023 | Select Staffing | $4,902.70 |
| 03/07/2023 | Select Staffing | $2,964.60 |
| 03/28/2023 | Select Staffing | $945.00 |
| 03/28/2023 | Select Staffing | $1,149.75 |
| 03/28/2023 | Select Staffing | $1,661.25 |
| 04/04/2023 | Select Staffing | $3,340.89 |
| 04/04/2023 | Select Staffing | $3,506.29 |
| 04/04/2023 | Select Staffing | $4,082.62 |
| | Total: | $32,788.02 |
| | | |
| 01/19/2023 | ServPro | $14,453.86 |
| | Total: | $14,453.86 |
| | | |
| 01/17/2023 | startup Soft | $21,376.00 |
| | Total: | $21,376.00 |
| | | |
| 05/01/2023 | TriplePoint Private Venture Credit, Inc. | $188,033.03 |
| | Total: | $188,033.03 |
| | | |
| 01/13/2023 | We Ship Express Inc | $26,638.19 |
| 01/13/2023 | We Ship Express Inc | $26,791.30 |
| 02/10/2023 | We Ship Express Inc | $22,172.95 |
| 02/24/2023 | We Ship Express Inc | $630.00 |
| 02/24/2023 | We Ship Express Inc | $23,171.19 |
| 03/06/2023 | We Ship Express Inc | $13,020.21 |
| 03/06/2023 | We Ship Express Inc | $11,255.80 |
| 03/06/2023 | We Ship Express Inc | $9,744.24 |
| 03/27/2023 | We Ship Express Inc | $945.00 |
| 03/28/2023 | We Ship Express Inc | $36,372.11 |
| 03/28/2023 | We Ship Express Inc | $10,018.66 |
| 03/28/2023 | We Ship Express Inc | $11,573.35 |
| | Total: | $192,333.00 |
| | | |
| 02/13/2023 | Wine Country Connect | $83,888.36 |
| 02/13/2023 | Wine Country Connect | $78,792.84 |
| 03/27/2023 | Wine Country Connect | $79,527.39 |
| | Total: | $242,208.59 |
| | | |
| 01/13/2023 | Yahoo | $18,615.98 |
| 02/24/2023 | Yahoo | $4,520.19 |
| | Total: | $23,136.17 |

Underground Enterprises, Inc.
Attachment to Statement of Financial Affairs
4.  Payments to Insiders

| Name | Check Date | Period Start | Period End | Gross Pay | Net Pay | Title | Reason |
|------|-----------|-------------|-----------|-----------|---------|-------|--------|
| Hardy, Jeffrey | 5/13/2022 | 5/1/2022 | 5/15/2022 | 10,416.67 | 6,058.45 | Former CEO | Salary |
| Hardy, Jeffrey | 5/31/2022 | 5/16/2022 | 5/31/2022 | 10,416.67 | 6,058.45 | Former CEO | Salary |
| Hardy, Jeffrey | 6/15/2022 | 6/1/2022 | 6/15/2022 | 10,416.67 | 6,058.46 | Former CEO | Salary |
| Hardy, Jeffrey | 6/30/2022 | 6/16/2022 | 6/30/2022 | 10,416.67 | 6,058.46 | Former CEO | Salary |
| Hardy, Jeffrey | 7/15/2022 | 7/1/2022 | 7/15/2022 | 10,416.67 | 6,058.45 | Former CEO | Salary |
| Hardy, Jeffrey | 7/29/2022 | 7/16/2022 | 7/31/2022 | 10,416.67 | 6,060.98 | Former CEO | Salary |
| Hardy, Jeffrey | 8/15/2022 | 8/1/2022 | 8/15/2022 | 10,416.67 | 6,746.53 | Former CEO | Salary |
| Hardy, Jeffrey | 8/31/2022 | 8/16/2022 | 8/31/2022 | 10,416.67 | 6,818.87 | Former CEO | Salary |
| Hardy, Jeffrey | 9/15/2022 | 9/1/2022 | 9/15/2022 | 10,416.67 | 6,818.87 | Former CEO | Salary |
| Hardy, Jeffrey | 9/30/2022 | 9/16/2022 | 9/30/2022 | 10,416.67 | 6,818.87 | Former CEO | Salary |
| Hardy, Jeffrey | 10/14/2022 | 10/1/2022 | 10/15/2022 | 10,416.67 | 6,818.87 | Former CEO | Salary |
| Hardy, Jeffrey | 10/31/2022 | 10/16/2022 | 10/31/2022 | 10,416.67 | 6,743.87 | Former CEO | Salary |
| Hardy, Jeffrey | 11/15/2022 | 11/1/2022 | 11/15/2022 | 10,416.67 | 6,725.11 | Former CEO | Salary |
| Hardy, Jeffrey | 11/30/2022 | 11/16/2022 | 11/30/2022 | 10,416.67 | 6,725.12 | Former CEO | Salary |
| Hardy, Jeffrey | 12/14/2022 | 12/1/2022 | 12/15/2022 | 6,730.77 | 4,713.93 | Former CEO | Salary |
| Total: | | | | 152,564.15 | | | |
| | | | | | | | |
| La Tourette, Chad | 5/13/2022 | 5/1/2022 | 5/15/2022 | 7,791.67 | 4,615.21 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 5/31/2022 | 5/16/2022 | 5/31/2022 | 7,791.67 | 4,615.21 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 6/15/2022 | 6/1/2022 | 6/15/2022 | 7,791.67 | 4,615.21 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 6/30/2022 | 6/16/2022 | 6/30/2022 | 7,791.67 | 4,615.20 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 7/15/2022 | 7/1/2022 | 7/15/2022 | 7,791.67 | 4,615.21 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 7/29/2022 | 7/16/2022 | 7/31/2022 | 7,791.67 | 4,615.20 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 8/15/2022 | 8/1/2022 | 8/15/2022 | 7,791.67 | 4,615.20 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 8/31/2022 | 8/16/2022 | 8/31/2022 | 7,791.67 | 4,615.22 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 9/15/2022 | 9/1/2022 | 9/15/2022 | 7,791.67 | 4,615.20 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 9/30/2022 | 9/16/2022 | 9/30/2022 | 7,791.67 | 4,615.21 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 10/14/2022 | 10/1/2022 | 10/15/2022 | 7,791.67 | 4,615.21 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 10/31/2022 | 10/16/2022 | 10/31/2022 | 7,791.67 | 4,817.93 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 11/15/2022 | 11/1/2022 | 11/15/2022 | 7,791.67 | 5,161.13 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 11/30/2022 | 11/16/2022 | 11/30/2022 | 7,791.67 | 5,161.12 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 12/15/2022 | 12/1/2022 | 12/15/2022 | 7,791.67 | 5,161.13 | Non Insider Status (Head of Merchandising) | Salary |
| La Tourette, Chad | 12/30/2022 | 12/16/2022 | 12/31/2022 | 11,466.76 | 7,147.96 | CEO - Underground Enterprises, Inc. | Salary |
| La Tourette, Chad | 1/13/2023 | 1/1/2023 | 1/15/2023 | 10,416.67 | 5,974.57 | CEO - Underground Enterprises, Inc. | Salary |
| La Tourette, Chad | 1/31/2023 | 1/16/2023 | 1/31/2023 | 10,416.67 | 5,974.57 | CEO - Underground Enterprises, Inc. | Salary |
| La Tourette, Chad | 2/15/2023 | 2/1/2023 | 2/15/2023 | 10,416.67 | 5,974.57 | CEO - Underground Enterprises, Inc. | Salary |
| La Tourette, Chad | 2/28/2023 | 2/16/2023 | 2/28/2023 | 10,416.67 | 5,974.57 | CEO - Underground Enterprises, Inc. | Salary |
| La Tourette, Chad | 3/15/2023 | 3/1/2023 | 3/15/2023 | 10,416.67 | 5,974.57 | CEO - Underground Enterprises, Inc. | Salary |
| La Tourette, Chad | 3/31/2023 | 3/16/2023 | 3/31/2023 | 10,416.67 | 5,974.56 | CEO - Underground Enterprises, Inc. | Salary |
| La Tourette, Chad | 4/12/2023 | 4/1/2023 | 4/15/2023 | 10,416.67 | 6,136.85 | CEO - Underground Enterprises, Inc. | Salary |
| La Tourette, Chad | 4/26/2023 | 4/16/2023 | 4/26/2023 | 10,415.87 | 6,136.48 | CEO - Underground Enterprises, Inc. | Salary |
| Total: | | | | 211,674.37 | | | |
| | | | | | | | |
| Shaw, Jeffrey | 5/13/2022 | 5/1/2022 | 5/15/2022 | 10,416.67 | 5,724.34 | Cofounder/Board Member | Salary |
| Shaw, Jeffrey | 5/31/2022 | 5/16/2022 | 5/31/2022 | 6,250.00 | 3,723.28 | Cofounder/Board Member | Salary |
| Shaw, Jeffrey | 6/22/2022 | 5/15/2022 | 5/31/2022 | 14,584.00 | 7,541.96 | Cofounder/Board Member | Salary |
| Shaw, Jeffrey | 6/30/2022 | 6/16/2022 | 6/30/2022 | 10,416.95 | 5,703.46 | Cofounder/Board Member | Salary |
| Shaw, Jeffrey | 7/15/2022 | 7/1/2022 | 7/15/2022 | 10,416.67 | 5,703.33 | Cofounder/Board Member | Salary |
| Shaw, Jeffrey | 7/29/2022 | 7/16/2022 | 7/31/2022 | 10,416.67 | 5,724.36 | Cofounder/Board Member | Salary |
| Shaw, Jeffrey | 8/15/2022 | 8/1/2022 | 8/15/2022 | 10,416.67 | 6,315.11 | Cofounder/Board Member | Salary |
| Total | | | | 72,917.63 | | | |
| | | | | | | | |
| Shaw, Jeffrey | | | 6/30/2022 | 10,000.00 | | | Consultant Fee |
| Shaw, Jeffrey | | | 7/14/2022 | 10,000.00 | | | Consultant Fee |
| Shaw, Jeffrey | | | 8/19/2022 | 10,000.00 | | | Consultant Fee |
| Shaw, Jeffrey | | | 9/20/2022 | 12,293.50 | | | Consultant Fee |
| Shaw, Jeffrey | | | 11/8/2022 | 10,000.00 | | | Consultant Fee |
| Shaw, Jeffrey | | | 11/8/2022 | 2,082.93 | | | Consultant Fee |
| Shaw, Jeffrey | | | 2/21/2023 | 7,000.00 | | | Consultant Fee |
| Shaw, Jeffrey | | | 3/15/2023 | 7,000.00 | | | Consultant Fee |
| Shaw, Jeffrey | | | 4/15/2023 | 7,000.00 | | | Consultant Fee |
| Total: | | | | 75,376.43 | | | |
| | | | | | | | |
| Watson, Jillian | 5/13/2022 | 5/1/2022 | 5/15/2022 | 8,333.33 | 4,950.37 | Vice President of Revenue | Salary |
| Watson, Jillian | 5/31/2022 | 5/16/2022 | 5/31/2022 | 8,333.33 | 4,950.38 | Vice President of Revenue | Salary |
| Watson, Jillian | 6/15/2022 | 6/1/2022 | 6/15/2022 | 8,333.33 | 4,950.36 | Vice President of Revenue | Salary |
| Watson, Jillian | 6/30/2022 | 6/16/2022 | 6/30/2022 | 8,333.65 | 4,950.51 | Vice President of Revenue | Salary |
| Watson, Jillian | 7/15/2022 | 7/1/2022 | 7/15/2022 | 8,333.33 | 4,950.38 | Vice President of Revenue | Salary |
| Watson, Jillian | 7/29/2022 | 7/16/2022 | 7/31/2022 | 8,333.33 | 4,950.37 | Vice President of Revenue | Salary |

Underground Enterprises, Inc.
Attachment to Statement of Financial Affairs
4.  Payments to Insiders

| Name | Check Date | Period Start | Period End | Gross Pay | Net Pay | Title | Reason |
|---|---|---|---|---|---|---|---|
| Watson, Jillian | 8/15/2022 | 8/1/2022 | 8/15/2022 | 8,333.33 | 4,950.38 | Vice President of Revenue | Salary |
| Watson, Jillian | 8/31/2022 | 8/16/2022 | 8/31/2022 | 8,333.33 | 4,950.36 | Vice President of Revenue | Salary |
| Watson, Jillian | 9/15/2022 | 9/1/2022 | 9/15/2022 | 8,333.33 | 4,950.37 | Vice President of Revenue | Salary |
| Watson, Jillian | 9/30/2022 | 9/16/2022 | 9/30/2022 | 8,333.33 | 5,475.75 | Vice President of Revenue | Salary |
| Watson, Jillian | 10/14/2022 | 10/1/2022 | 10/15/2022 | 8,333.33 | 5,847.55 | Vice President of Revenue | Salary |
| Watson, Jillian | 10/31/2022 | 10/16/2022 | 10/31/2022 | 8,333.33 | 5,847.56 | Vice President of Revenue | Salary |
| Watson, Jillian | 11/15/2022 | 11/1/2022 | 11/15/2022 | 8,333.33 | 5,847.56 | Vice President of Revenue | Salary |
| Watson, Jillian | 11/30/2022 | 11/16/2022 | 11/30/2022 | 8,333.33 | 5,847.55 | Vice President of Revenue | Salary |
| Watson, Jillian | 12/15/2022 | 12/1/2022 | 12/15/2022 | 8,333.33 | 5,847.56 | Vice President of Revenue | Salary |
| Watson, Jillian | 12/30/2022 | 12/16/2022 | 12/31/2022 | 8,333.33 | 5,847.30 | Vice President of Revenue | Salary |
| Total: | | | | 133,333.60 | | | |
| | | | | | | | |
| Watson, Jillian | | | 1/17/2023 | 8,633.00 | | | Consultant Fee |
| Watson, Jillian | | | 1/25/2023 | 8,633.00 | | | Consultant Fee |
| Watson, Jillian | | | 2/23/2023 | 8,633.00 | | | Consultant Fee |
| Watson, Jillian | | | 3/13/2023 | 25,299.33 | | | Consultant Fee |
| Watson, Jillian | | | 3/16/2023 | 16,966.00 | | | Consultant Fee |
| Watson, Jillian | | | 3/30/2023 | 16,966.00 | | | Consultant Fee |
| Watson, Jillian | | | 4/10/2023 | 2,100.00 | | | Consultant Fee |
| Watson, Jillian | | | 4/17/2023 | 1,000.00 | | | Consultant Fee |
| Total: | | | | 88,230.33 | | | |
| | | | | | | | |
| Ord, Robert | 5/13/2022 | 5/1/2022 | 5/15/2022 | 5,000.00 | 3,169.46 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 5/31/2022 | 5/16/2022 | 5/31/2022 | 5,000.00 | 3,169.47 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 6/15/2022 | 6/1/2022 | 6/15/2022 | 5,833.33 | 3,611.76 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 6/30/2022 | 6/16/2022 | 6/30/2022 | 5,833.33 | 3,611.77 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 7/15/2022 | 7/1/2022 | 7/15/2022 | 5,833.33 | 3,611.75 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 7/29/2022 | 7/16/2022 | 7/31/2022 | 5,833.33 | 3,611.76 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 8/15/2022 | 8/1/2022 | 8/15/2022 | 5,833.33 | 3,611.76 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 8/31/2022 | 8/16/2022 | 8/31/2022 | 5,833.33 | 3,611.76 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 9/15/2022 | 9/1/2022 | 9/15/2022 | 5,833.33 | 3,611.76 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 9/30/2022 | 9/16/2022 | 9/30/2022 | 5,833.33 | 3,611.76 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 10/14/2022 | 10/1/2022 | 10/15/2022 | 5,833.33 | 3,611.75 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 10/31/2022 | 10/16/2022 | 10/31/2022 | 5,833.33 | 3,611.76 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 11/15/2022 | 11/1/2022 | 11/15/2022 | 5,833.33 | 3,611.76 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 11/30/2022 | 11/16/2022 | 11/30/2022 | 5,833.33 | 3,611.76 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 12/15/2022 | 12/1/2022 | 12/15/2022 | 5,833.33 | 3,611.76 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 12/30/2022 | 12/16/2022 | 12/31/2022 | 5,833.33 | 3,611.76 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 1/13/2023 | 1/1/2023 | 1/15/2023 | 5,833.33 | 3,670.53 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 1/31/2023 | 1/16/2023 | 1/31/2023 | 7,652.78 | 4,639.81 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 2/15/2023 | 2/1/2023 | 2/15/2023 | 6,041.67 | 3,781.52 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 2/28/2023 | 2/16/2023 | 2/28/2023 | 6,041.67 | 3,781.51 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 3/15/2023 | 3/1/2023 | 3/15/2023 | 6,041.67 | 3,781.52 | Non Insider Status (Director of Winery Relations) | Salary |
| Ord, Robert | 3/31/2023 | 3/16/2023 | 3/31/2023 | 6,041.67 | 3,781.51 | CEO of Debtor's Affiliate Phoeno Wine Company, LLC | Salary |
| Ord, Robert | 4/12/2023 | 4/1/2023 | 4/15/2023 | 6,041.67 | 3,781.51 | CEO of Debtor's Affiliate Phoeno Wine Company, LLC | Salary |
| Ord, Robert | 4/26/2023 | 4/16/2023 | 4/26/2023 | 6,041.67 | 3,781.51 | CEO of Debtor's Affiliate Phoeno Wine Company, LLC | Salary |
| | | | | 141,402.75 | | | |

# United States Bankruptcy Court
### District of Delaware

In re  __Underground Enterprises, Inc._____     Case No. _____

Debtor(s)     Chapter    **7**  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Underground Enterprises, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 28, 2023
_____
Date

**/s/ Eric M. Sutty**
_____
**Eric M. Sutty**
Signature of Attorney or Litigant
Counsel for  __Underground Enterprises, Inc.__
**Armstrong Teasdale LLP**
**1007 North Market Street**
**Third Floor**
**Wilmington, DE 19801**
**(302) 416-9671**
**esutty@atllp.com**