May 10, 2023

FILED
2023 MAY 15  AM 10: 38

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**VIA FIRST CLASS MAIL**

United States Bankruptcy Court
District of Delaware
824 N Market Street, 3rd Fl.
Wilmington, DE 19801

Attn: Court Clerk

    Re:    Debtor:    Underground Enterprises, Inc.
           Case No: 23-10553-KBO

Dear Sir/Madam:

I am a listed creditor in the above referenced bankruptcy matter. I was advised last week that my listed address was incorrect and am writing the Court to provide an updated address for notice purposes. I am not longer residing at 116 Bloomfield St., Apt. 1, Hoboken, NJ 07030. Kindly change my mailing address to the following:

Lynn Dukette
805 Kingsley St., Unit 5
Asbury Park, NJ 07712
(Email Copy to: lynndukette@gmail.com)

Thank you in advance.

                              Respectfully,

                              Lynn Dukette

Ms. Lynn Dukette
Unit 5
805 Kingsley St
Asbury Park, NJ 07712

TRENTON NJ 085
10 MAY 2023 PM 3 L

United States Bankruptcy Court
District of Delaware
824 N. Market St., 3rd Fl.
Wilmington, DE 19801

