Please change my mailing address for Bankruptcy Case No. 23-10553-KBO
Debtor - Underground Enterprises, Inc.

Old Address:

Lori Monteleone
2239 Railroad St. Apt. 220
Pittsburgh, PA 15222

New Address:

Lori Monteleone
2239 Railroad St. Apt. 426
Pittsburgh, PA 15222

Lori Monteleone

FILED 2023 MAY 17 AM 10:41 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Bankruptcy court
824 Market St. 3rd Fl.
Wilmington, DE 9801

PITTSBURGH PA 150
12 MAY 2023 PM 8 L

19801-302499



Case 23-10553-KBO    Doc 8    Filed 05/17/23    Page 3 of 3