

Shana M. Lakso
1511 Desert Gold Ct
Gardnerville, NV 89410

May 15, 2022

Clerk of the US Bankruptcy Court
824 North Market Street, 3rd floor
Wilmington, DE 19801

Re: Underground Enterprises Bankruptcy
    Case #23-10553-KBO

Dear Clerk

I am writing to you about the above bankruptcy filing for Underground Enterprises and the need to update my contact information.

The contact information is in the filing is a shipping address to a UPS store, so I have not received any information other than what I am reading online. Can you please update my contact information to the following:

Shana Lakso
1511 Desert Gold Ct
Gardnerville, NV 89410
Email: Smlakso@yahoo.com
310-956-9978

My information that is incorrect is on pages 1975 and 4879 (see screen shots below)

---

Case 23-10554-KBO    Doc 1    Filed 05/01/23    Page 1975 of 5402

| Debtor | Phoeno Wine Company, Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| 2.7815 | Priority creditor's name and mailing address<br>Shana Lakso<br>1362 Us Highway 395 N<br>Gardnerville, NV 89410 | As of the petition filing date, the claim is:<br>Check all that apply:<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $1,579.00 | $1,579.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Deficit Customer | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| Debtor | Phoeno Wine Company, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | As of the petition filing date, the claim is: Check all that apply | | |
|---|---|---|---|---|
| 3.181 55 | Nonpriority creditor's name and mailing address<br>Shana L<br>1362 Us Highway 395 N<br>Gardnerville, NV 89410 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $9.00 |
| | Date(s) debt was incurred _ | Basis for the claim: Customers - Deferred Credit | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |
| 3.181 56 | Nonpriority creditor's name and mailing address<br>Shana Lakso<br>1362 Us Highway 395 N<br>Gardnerville, NV 89410 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $4,139.00 |
| | Date(s) debt was incurred _ | Basis for the claim: Customer | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

Thank you for your help.

Sincerely

Shana M. Lakso