## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| UNDERGROUND ENTERPRISES, INC. ) | Case No. 23-10553 (KBO) |
| d/b/a UNDERGROUND CELLAR ) | |
| ) | |
| Debtor.[1] ) | |
| | |
| In re: ) | Chapter 7 |
| ) | |
| PHOENO WINE COMPANY, INC. ) | Case No. 23-10554 (KBO) |
| ) | |
| Debtor.[2] ) | |
| ) | |

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Don A. Beskrone, Trustee, hereby withdraws *Application for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016 and Local Rule 2014-1 Authorizing the Retention and Employment of Ashby & Geddes, P.A. as Counsel to Don A. Beskrone, Chapter 7 Trustee, Nunc Pro Tunc to May 1, 2023* [Case No. 23-10553, D.I. 13; Case No. 23-10554, D.I. 31];, filed on May 26, 2023.

| | |
|---|---|
| Dated: May 26, 2023<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19899-1150<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: GTaylor@ashbygeddes.com<br><br>*(Proposed) Counsel to Don A. Beskrone, Chapter 7 Trustee to Underground Enterprises, Inc. d/b/a Underground Cellar and Phoeno Wine Company, Inc.* |

---

[1] The last four digits of the Debtor's federal tax identification number are X-7930.

[2] The last four digits of the Debtor's federal tax identification number are X-5273.