June 23, 2023

FILED
2023 JUL -3  AM 10: 59
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of the Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, DE 19801

Dear Sir/Madam,

The correspondence concerning the bankruptcy case against Underground Cellars, which should have been sent to me, is being sent instead to a friend of mine (Brad Nunes) to whom I sent a case of wine as a gift some months ago. To assure I receive all correspondence concerning this case, please send to this address:

Glen D. Spencer
190 1st Oak Drive
Enchanted Oaks, TX 75156
Email: danspencer62@sbcglobal.net
Cell: 817-308-0999

Thank, you.

Glen D. Spencer

23-10553KBO

190 First Oak Drive, Mabank, TX 75156

19801-302499

Clerk of the Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, DE 19801



U.S.M.S. X-RAY

NORTH TEXAS TX P&DC
DALLAS TX 750
26 JUN 2023　PM 8　L

